MINUTES OF CHAPTER 13 MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Jones_____ JAD/TPA/CMB/(GLT)

Case Number: __17-23561__

Date of Meeting: __10_/_16_/_17___ Recording # __4_

Debtor(s) present __✓_ or Not Present ___ (__No Payments Made or __✓_ partial payments)

Attorney for debtor(s)__Colecchia_____ (Present__✓_ or Not Present____)

Date of Plan at § 341: __9/3/17__ Applicable commitment period __✓_ 3 yrs ___ 5 yrs

Pecarchik for Nationstar LMP Case

Not clear whether Debtor required to
file returns. Debtor Counsel to provide Trustee
with statement of Debtor's filing requirements —
& if not required last date it was required. If
required, a copy of 2016 return.

* Debtor is to be making claim for VA Benefits —
may be entitled to back benefits. Need update
at conciliation & possibility of spousal support.

___✓_ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD
                                     _____ Order to Show Cause Requested
                                     _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due:_____; Objections due:_____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
___✓_ Continued to:

_____ 341 Meeting OR ___✓_ Conciliation Conf. OR ___ *Contested Hearing
On __12/7/17__ at __11:00__ am/pm Location

Con'lt for proof of payment Before Bar Date ''

Chapter 13 Trustee/Attorney for Trustee