## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

IN RE:

CASE NO.: 17-23561-GLT
CHAPTER 13

David Lee Jones,

Debtor.

_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of CITIBANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF NRZ PASS-THROUGH TRUST VI ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC**
**BANKRUPTCY DEPARTMENT**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**

RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425
By: /s/Kevin Buttery
Kevin Buttery, Esquire
Email: kbuttery@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 15, 2017, I electronically filed the

foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has

been served via CM/ECF or United States Mail to the following parties:

DAVID A. COLECCHIA
LAW CARE
324 SOUTH MAPLE AVENUE
GREENSBURG, PA  15601-3219

DAVID LEE JONES
43 MARILOU DRIVE
JEANNETTE , PA  15644

RONDA J. WINNECOUR
600 GRANT STREET
SUITE 3250, USX TOWER
PITTSBURGH, PA  15219

U.S. TRUSTEE
1001 LIBERTY AVENUE
 SUITE 970 LIBERTY CENTER
PITTSBURGH, PA  15222

                          RAS Crane, LLC
                          Authorized Agent for Secured Creditor
                          10700 Abbott's Bridge Road, Suite 170
                          Duluth, GA 30097
                          Telephone: 470-321-7112
                          Facsimile: 404-393-1425
                          By: /s/Kevin Buttery
                          Kevin Buttery, Esquire
                          Email: kbuttery@rascrane.com