Case 17-23561-GLT    Doc 45    Filed 02/28/18    Entered 02/28/18 16:23:56    Desc Main
                                Document          Page 1 of 1

FILED
2/28/18 4:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                              : Case No.:    17-23561-GLT
                                                    : Chapter:     13
David Lee Jones                                     :
                                                    :
                                                    : Date:        2/28/2018
            Debtor(s).                              : Time:        10:30

## PROCEEDING MEMO

**MATTER:**  #31 - Motion to Terminate Loss Mitigation with Mr. Cooper f/k/a NationStar
             #41 - Response by Debtor

**APPEARANCES:**
            Debtor:       Justin Schantz
            Nationstar:   Mark Pecarchik

**NOTES:**

Pecarchik: Still has not received a complete package on the DMM Portal, particularly with respect to the Debtor's divorce.

Schantz: The Debtor and his wife have been going back and forth on the divorce issue because of its effect on their finances. The Debtor has claims with the VA that may pay out more if he remains married. The other delayed documentation is due to the Debtor's physical disability and limited transportation options. Requests short continuance.

Court: Is the Debtor working with counsel with respect to the divorce? Has anything been filed?

Schantz: Does not have that documentation.

Court: This should have been dealt with during the four-month gap in communication.

**OUTCOME:**

1. On or before March 28, 2018, the Debtor shall provide all necessary documentation Nationstar has reasonably requested throught the DMM Portal. Otherwise, the Court will grant the Motion to Terminate [Dkt. No. 31] without further notice or hearing upon the filing of an affidavit of noncompliance by Nationstar. (Chamnbers to prepare.)

2. The loss-mitigation period is extended for 60 days. (Chambers to prepare.)

3. The hearing on the Motion to Terminate [Dkt. No. 31] is continued to April 25, 2018 at 11:00 a.m. (Text Order to issue.)

**DATED:** 2/28/2018