Case 17-23561-GLT    Doc 47    Filed 03/04/18    Entered 03/05/18 00:48:03    Desc Imaged
                              Certificate of Notice    Page 1 of 3

FILED
3/2/18 3:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUTPCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 17-23561-GLT |
| | Chapter 13 |
| DAVID LEE JONES, | |
| *Debtor.* | |
| NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER as servicer for CITIBANK, N.A., not in its individual capacity but solely as TRUSTEE OF NRZ PASS-THROUGH TRUST VI, | Related to Dkt. No. 31 |
| *Movant,* | |
| v. | |
| DAVID LEE JONES & RONDA J. WINNECOUR, chapter 13 trustee, | |
| *Respondents.* | |

## ORDER

This matter came before the Court on a *Motion to Terminate the Loss Mitigation Program* [Dkt. No. 31] filed by Nationstar Mortgage LLC d/b/a/ Mr. Cooper as servicer for CitiBank, N.A., not in its individual capacity but solely as Trustee of NRZ Pass-Through Trust VI ("Nationstar"). The Debtor filed a response [Dkt. No. 41]. After a hearing of February 28, 2018 and for the reasons stated on the record, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

    1.    On or before **March 28, 2018**, the Debtor shall submit all outstanding documents reasonably requested by Nationstar through the DMM Portal.

2. To the extent the Debtor fails to timely comply with the item in ¶ 1, the Court may grant the *Motion to Terminate the Loss Mitigation Program* [Dkt. No. 31] without further notice or hearing upon the filling of an affidavit of noncompliance by Nationstar. The affidavit shall be supported by Nationstar's own records.

3. The loss-mitigation period is extended for 60 days.

Dated: March 2, 2018

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUTPCY JUDGE

Case administrator to mail to:
Debtor
Justin Schantz, Esq.
Nationstar
Mark Pecarchik, Esq.
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-23561-GLT
David Lee Jones                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 1              Date Rcvd: Mar 02, 2018
                              Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2018.
db         +David Lee Jones,    43 Marilou Drive,    Jeannette, PA 15644-1077
           +Mark Pecarchik, Esq.,    745 Somerville Drive,    Pittsburgh, PA 15243-1668
cr         +Nationstar Mortgage LLC d/b/a Mr. Cooper, et al,    8950 Cypress Waters Blvd,
             Coppell, TX 75019-4620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2018 at the address(es) listed below:
              David A. Colecchia    on behalf of Debtor David Lee Jones colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor    U.S. Bank National Association amps@manleydeas.com
              Kevin M Buttery    on behalf of Creditor    Citibank N.A. kbuttery@rascrane.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
               pabk@logs.com
              Kristen D. Little    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
               pabk@logs.com
              Leslie J. Rase, Esq.    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
               lrase@sterneisenberg.com,    ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 10