IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 17-23561-GLT |
| | : | Chapter: 13 |
| David Lee Jones | : | |
| | : | Date: 4/25/2018 |
| Debtor(s). | : | Time: 11:00 |

**FILED**
APR 26 2018
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

## PROCEEDING MEMO

*MATTER:*   #31 - Continued Motion to Terminate Loss Mitigation with Mr. Cooper f/k/a NationStar (#20/16)
#41 - Response by Debtor

*APPEARANCES:*

  Debtor:      Jason Schantz
  Trustee:     Owen Katz
  Nationstar:  Mark Pecarchik

*NOTES:*

Schantz: Uploaded the required documents on the DMM Portal on April 3. 2018. The file is currently under review.

Pecarchik: The lender is still looking for information about whether the quitclaim deed was recorded. Once it's received, the review should only take a week.

*OUTCOME:*

1. The Motion to Terminate Loss MItigation [Dkt. No. 31] is denied. (~~Text Order to issue~~.) O/E

2. On or before May 2, 2018, the Debtor shall upload a copy of his recorded quitclaim to the DMM Portal. (Text Order to issue.)

3. On or before May 16, 2018, Nationstar shall make a final loss-mitigation determination. (Text Order to issue.)

**DATED:** 4/25/2018