# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

### CONCILIATION CONFERENCE MINUTES

**_Conciliation Conference:_**

|  |  |  |
|---|---|---|
| **Debtor:** | DAVID LEE JONES | |
| **Case Number:** | 17-23561-GLT | **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, APRIL 26, 2018 10:00 AM   3251 US STEEL | |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | |

**_Matter:_**

#2 - Final Confirmation of Plan Dated 9/3/2017 (NFC)
R / M #: 2 / 0

**_Appearances:_**

Schantz

Debtor:
Trustee: Winnecour / (Pail) Katz / DeSimone

Creditor:

Pecarchik _ Nationstar

**_Proceedings:_**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ 2,000 effective _____.
7. __X__ Plan/Motion continued to 9/12/18 at 3:00 .

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other: