**FILED**

APR 26 2018

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: David Lee Jones,<br>           Debtor,<br><br>    Debtor(s)<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>as servicer for CitiBank, N.A., not in its<br>individual capacity, but solely as Trustee of<br>NRZ Pass-Through Trust VI,<br>           Movant,<br>    V.<br><br>David Lee Jones and<br>Ronda J. Winnecour, Chapter 13 Trustee,<br>           Respondents, | Case No. 17-23561 - GLT<br>Chapter 13<br>Related to Dkt. No. 31<br>Hearing: April 25, 2018 at 11:00 a.m. |

## ORDER OF COURT

This __25th__ day of __April__, 2018 upon consideration of the Movant's Motion and the Defendant's response thereto it is hereby ordered that the motion to terminate loss mitigation is denied. The loss mitigation period shall be continued for a period of __60__ days.

BY THE COURT:

_____
Gregory Taddonio, United States
Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
David Lee Jones
    Debtor

Case No. 17-23561-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: bsil    Page 1 of 1    Date Rcvd: Apr 26, 2018
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2018.
db           +David Lee Jones,    43 Marilou Drive,    Jeannette, PA 15644-1077

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2018                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2018 at the address(es) listed below:
            David A. Colecchia    on behalf of Debtor David Lee Jones colecchia542@comcast.net,
             dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
             lock@my-lawyers.us
            James   Warmbrodt    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
            Karina   Velter    on behalf of Creditor   U.S. Bank National Association amps@manleydeas.com
            Kevin M Buttery    on behalf of Creditor   Citibank N.A. kbuttery@rascrane.com
            Kevin Scott Frankel    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
             pabk@logs.com
            Kristen D. Little    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
             pabk@logs.com
            Leslie J. Rase, Esq.    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
             lrase@sterneisenberg.com,    ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
            S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
             Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                                             TOTAL: 10