# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** DAVID LEE JONES
- **Case Number:** 17-23561-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, SEPTEMBER 27, 2018 03:00 PM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#2 - Continued Confirmation of Plan Dated 9/3/2017 (NFC)
R / M #: 2 / 0

**Appearances:**

- Debtor: Colecchia
- Trustee: Winnecour / Pail / (Katz) / DeSimone
- Creditor: Pecaroli for Nationstar

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 10/10/18 at 9:30 Am.
10. _____ Other:

Debtor still pursuing VA Benefits.

LMP has terminated

Plan is not currently feasible

9/20/2018   10:09:34 AM