IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**FILED**
**OCT 11 2018**
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | Case No.: | 17-23561-GLT |
| | Chapter: | 13 |
| David Lee Jones | | |
| | Date: | 10/10/2018 |
| *Debtor(s).* | Time: | 09:30 |

## PROCEEDING MEMO

**MATTER:**   #2 - Continued Confirmation of Chapter 13 Plan Dated 9-3-17 (NFC)
             #15 - Objection filed by Nationstar Mortgage

**APPEARANCES:**
    Debtor:   David A. Colecchia
    Trustee:  Owen Katz

*NOTES:*

Katz: The plan payments would need to increase to $1,248 per month following the denial of LMP, which would not be feasible.

Colecchia: That is correct, it is not feasible because the debtor has lost his child support payments. However, he may be eligible to receive over $4,000 a month in VA benefits if he has time to secure his records indicating that he was on guard duty. However, it will likely take almost 4 years before he can appear before an administrative law judge.

Court: It does not appear that there has been any forward progress made in the case. Four years is too long to wait.

Colecchia: If I could have 90 days to see if I can secure the records, we may be able to expedite the resolution of the issues.

Katz: We would have no objection to a continuance. The debtor has been making payments.

*OUTCOME:*

1. The hearing on Plan Confirmation [Dkt. No. 2] is continued to February 13, 2019 (Text order to issue).

2. On or before January 3, 2019, Debtor to file a Status Report detailing all efforts expended to secure an award of benefits from the Veteran's Administration, and the anticipated timeframe for any required adjudication or distribution (Text order to issue).

**DATED:** 10/10/2018