**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 17-23561-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

David Lee Jones
43 Marilou Drive
Jeannette PA 15644

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/03/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 6: Citibank, N.A., Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas TX 75261-9741 | US Bank Trust National Association as trustee of t<br>P.O. Box 10675<br>Greenville, SC  29603-0675 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    12/06/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-23561-GLT
David Lee Jones                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin              Page 1 of 1              Date Rcvd: Dec 04, 2018
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2018.
14753890      +Citibank, N.A.,    Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,
               Dallas TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2018 at the address(es) listed below:
              David A. Colecchia    on behalf of Debtor David Lee Jones colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us
              James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage as servicer for U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X bkgroup@kmllawgroup.com
              Karina   Velter    on behalf of Creditor    U.S. Bank National Association amps@manleydeas.com
              Kevin M Buttery    on behalf of Creditor    Citibank N.A. kbuttery@rascrane.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al pabk@logs.com
              Kristen D. Little    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al pabk@logs.com
              Leslie J. Rase, Esq.    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 12