IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: David Lee Jones,<br>　　　　　　Debtor, | Case No. 17-23561 - GLT<br>Chapter 13<br>Document No. 69 |
| David Lee Jones,<br>　　　　　　Movant, | Related to Document No. 58 |
| vs. | |
| No Respondents, | |

### SECOND STATUS REPORT

Now comes the Debtor David Jones who files the following Second Status Report concerning his request for VA benefits and confirmation of the Plan and in support thereof avers the following:

1) The Debtor reavers and incorporates the Status Report filed at Document 64

2) Since the First Status Report filed at Document 64 the following events are recorded.

　　a. An improved Pension Eligibility Report was filed on December 28, 2018 with the VA.

　　b. The Air Force Historical Research Agency has responded to our request with evidence that supports Debtor Jones's Claim.

　　c. The Department of the Army Joint Services Records Research Center just replied this February 7, 2019 to our information request and suggested we contact the National Records Center in St. Louis.

　　d. We have solicited Senator Toomey's and Senator Casey's offices support to convince the VA to schedule an accelerated VA hearing and we await a response.

　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　/s/David A. Colecchia, Esquire
　　　　　　　　　　　　　　David A. Colecchia, Esquire

　　　　　　　　　　　　　　PA.I.D.No. 71830
　　　　　　　　　　　　　　David A. Colecchia and Associates
　　　　　　　　　　　　　　LAW CARE
　　　　　　　　　　　　　　324 South Maple Ave.
　　　　　　　　　　　　　　Greensburg, PA 15601
　　　　　　　　　　　　　　(724)-837-2320
　　　　　　　　　　　　　　(724)-837-0602
　　　　　　　　　　　　　　colecchia542@comcast.net