UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE:  David Lee Jones,<br>　　　　　　　Debtor, | Case No 17-23561-GLT<br>Chapter 13 |
| David Lee Jones,<br>　　　　　　　Movant, | Docket No.: 70<br>Related to Docket No.: 74 |
| 　　　V. | |
| No Respondents, | |

STATUS REPORT CONCERNING PROGRESS
IN THE DEBTOR'S ATTEMPT TO OBTAIN VETERANS BENEFITS

　　　　Now comes the Debtor David Lee Jones, who files the following Status Report concerning his request for Veteran Benefits and in support thereof avers the following:

　　　　1)　　The Debtor is an honorably discharged Vietnam War Air Force Veteran who spent time overseas in Thailand.

　　　　2)　　The Debtor applied for service connected disability due to Ischemic Heart Disease, Diabetes, and Skin Cancer due to exposure to Agent Orange while serving in Thailand.

　　　　3)　　The VA initially denied the request stating the United States Military did not use Agent Orange in Thailand.

　　　　4)　　However record obtained by Counsel from the Air Force indicated exposure to Agent Orange approximately one month after his arrival in Thailand.

　　　　5)　　Because of the Debtor's dire income status and the real threat of him becoming homeless, Counsel sent to the VA a request for an expedited hearing on April 26, 2019.

　　　　6)　　Though an expedited hearing was requested, Counsel for the Debtor does not expect one to be scheduled until late in 2019.

7) The Debtor has not been able to make a complete monthly payment because he simply cannot afford it given his health status and income.

8) The Debtor filed for a loss mitigation solution and this is currently pending with the Court.

Respectfully Submitted,

s/David A. Colecchia
David A. Colecchia, Attorney for the Plaintiff
Law Care
324 South Maple Ave.
Greensburg, PA 15601-3219
PA. ID. 71830
724-837-2320
724-837-0602 (fax)
colecchia542@comcast.net