UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 17-23561-GLT |
| DAVID LEE JONES ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, pursuant to Section 1109 of the Bankruptcy Code and Rule 9010 of the Bankruptcy Rules, **U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF CABANA SERIES III TRUST,** is a party in interest and hereby appears in this case.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rules 2002 and 3017 of the Bankruptcy Rules, the undersigned requests that all notices and papers specified by those Rules, and pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010 of the Bankruptcy Rules that all other notices given or required to be given in this case be given to and served upon:

**Jillian Nolan Snider, Esquire**
**Pa. I.D. No. 202253**
**(jsnider@tuckerlaw.com)**
**Tucker Arensberg, P.C.**
**1500 One PPG Place**
**Pittsburgh, PA  15222**
**Phone:  (412) 566-1212**
**FAX:  (412) 594-5506**

The foregoing request includes without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answer or rely papers, memoranda or briefs in support of any of the foregoing and any other document brought before the Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

|  | TUCKER ARENSBERG, P.C. |
|---|---|
| Dated:  7/9/19 | /s/ *Jillian Nolan Snider*<br>Jillian Nolan Snider, Esquire<br>Pa. I.D. No. 202253<br>jsnider@tuckerlaw.com<br>1500 One PPG Place<br>Pittsburgh, Pennsylvania 15222<br>(412) 566-1212<br>Attorney for U.S. Bank Trust National Association, as Trustee of Cabana Series III Trust |

TADMS:5169373-1 032787-186384

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 17-23561-GLT |
| DAVID LEE JONES ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| ) | |

### CERTIFICATE OF SERVICE

I certify that I served or caused to be served a copy of the foregoing Notice of Appearance upon each of the persons and parties in interest at the addresses shown below by <u>United States Mail, First Class, Postage Pre-Paid</u>:

David Lee Jones
43 Marilou Drive
Jeannette, PA 15644

David A. Colecchia, Esq.
324 South Maple Avenue
Greensburg, PA 15601-3219

Office of the United States Trustee
Suite 970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, Pennsylvania 15219

TUCKER ARENSBERG, P.C.

Dated:  7/9/19

/s/ *Jillian Nolan Snider*
Jillian Nolan Snider, Esquire
Pa. I.D. No. 202253
jsnider@tuckerlaw.com
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
(412) 566-1212
Attorney for U.S. Bank Trust National Association, as Trustee of Cabana Series III Trust

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Bankruptcy No. 17-23561-GLT |
| DAVID LEE JONES | ) |
| | ) Chapter 13 |
| Debtor. | ) |
| | ) |

**DECLARATION IN LIEU OF AFFIDAVIT REGARDING
REQUEST TO BE ADDED TO MAILING MATRIX**

    I, Jillian Nolan Snider, Esquire, am the Attorney for U.S. Bank Trust National Association, as Trustee of Cabana Series III Trust, a creditor in the above captioned bankruptcy case, and I am authorized by this creditor to make the accompanying request for notices. The new address should be used instead of the existing address, and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor, and that there are no other requests to receive notices on behalf of this creditor.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on July 9, 2019.

TUCKER ARENSBERG, P.C.

Dated:  7/9/19

/s/ *Jillian Nolan Snider*
Jillian Nolan Snider, Esquire
Pa. I.D. No. 202253
jsnider@tuckerlaw.com
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
(412) 566-1212
Attorney for U.S. Bank Trust National Association, as Trustee of Cabana Series III Trust

TADMS:5169373-1 032787-186384