UNITED STATES BANKRUPTCY COURT
WESTERNN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  David Lee Jones,<br>            Debtor,<br>US Bank Trust National Association as<br>Trustee of the Cabana Series III Trust,<br>            Movant<br>v.<br>David Lee Jones and Valerie Jones and<br>Ronda J. Winnecour, Trustee<br>            Respondents, | Case No. 17-23561-GLT<br>Chapter 13<br>Related to Document 89 |

CERTIFICATE OF SERVICE

I certify under the penalty of perjury that on August 23, 2019 I electronically served a copy of the Response to the Motion for Relief from Stay filed at Document 86 to the following people and that on August 24, 2019 I served a copy of this Certificate of Service in the same manner:

Parties served by U.S. Mail for both days

NONE

Parties served electronically on both days are;

Kevin M Buttery on behalf of Creditor Citibank N.A., kbuttery@rascrane.com

David A. Colecchia on behalf of Debtor David Lee Jones
colecchia542@comcast.net, dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us

Kevin Scott Frankel on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
pabk@logs.com

Kristen D. Little on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
pabk@logs.com

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

Leslie J. Rase, Esq. on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com

Jillian Nolan Snider on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST
jsnider@tuckerlaw.com, agilbert@tuckerlaw.com

Karina Velter on behalf of Creditor U.S. Bank National Association, amps@manleydeas.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

James Warmbrodt on behalf of Creditor JPMORGAN CHASE BANK, N.A.
bkgroup@kmllawgroup.com

James Warmbrodt on behalf of Creditor Nationstar Mortgage as servicer for U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X
bkgroup@kmllawgroup.com

James Warmbrodt on behalf of Creditor U.S. Bank National Association
bkgroup@kmllawgroup.com

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

                                                                      Respectfully submitted,

Date: August 24, 2019                                    /s/David A. Colecchia
                                                                David A. Colecchia, Esquire
                                                                PA I.D. # 71830

                                                                David A. Colecchia and Associates
                                                                LAW CARE
                                                                324 S. Maple Avenue
                                                                Greensburg, PA 15601

                                                                (724) 837-2320
                                                                (724)-837-0602

                                                                colecchia542@comcast.net