UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**FILED**
SEP 12 2019
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

IN RE:  David Lee Jones,

           Debtor,

US Bank Trust National Association as Trustee of the Cabana Series III Trust,
           Movant

V.

David Lee Jones and Valerie Jones, and Ronda J. Winnecour, Trustee
           Respondents,

Case No. 17-23561-GLT
Chapter 13

Related to Dkt. No. 86
Hearing: September 11, 2019 at 9:00 a.m.

This __11th__ day of __September__, 2019 upon consideration of the Motion for Relief from Stay, said motion is denied.

Prepared by; Attorney David A. Colecchia

BY THE COURT:

_____
Gregory L. Taddonio, United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-23561-GLT
David Lee Jones                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil          Page 1 of 1          Date Rcvd: Sep 12, 2019
                              Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2019.
db             +David Lee Jones,    43 Marilou Drive,    Jeannette, PA 15644-1077

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2019 at the address(es) listed below:
              David A. Colecchia    on behalf of Debtor David Lee Jones colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage as servicer for U.S. Bank National
               Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X
               bkgroup@kmllawgroup.com
              Jillian Nolan Snider    on behalf of Creditor    US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF
               CABANA SERIES III TRUST jsnider@tuckerlaw.com,     agilbert@tuckerlaw.com
              Karina Velter    on behalf of Creditor    U.S. Bank National Association amps@manleydeas.com
              Kevin M Buttery    on behalf of Creditor    Citibank N.A. kbuttery@rascrane.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
               pabk@logs.com
              Kristen D. Little    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
               pabk@logs.com
              Leslie J. Rase, Esq.    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
               lrase@sterneisenberg.com,     ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 13