UNITED STATES BANKRUPTCY COURT
WESTERNN DISTRICT OF PENNSYLVANIA

IN RE:  David Lee Jones,                                 Case No. 17-23561-GLT
                    Debtor,                              Chapter 13
US Bank Trust National Association as                    Related to Document 97
Trustee of the Cabana Series III Trust,
                    Movant
v.
David Lee Jones and Valerie Jones and
Ronda J. Winnecour, Trustee
                    Respondents,

CERTIFICATE OF SERVICE

I certify under the penalty of perjury that on October 7, 2019 I electronically served a copy of the Motion to Extend Time to respond to the Motion for Relief from Stay filed at Document 94 to the following people and that on October 7, 2019 I served a copy of this Certificate of Service in the same manner:

Parties served by U.S. Mail are

NONE

Parties served electronically are;

Kevin M Buttery on behalf of Creditor Citibank N.A., kbuttery@rascrane.com

David A. Colecchia on behalf of Debtor David Lee Jones
colecchia542@comcast.net, dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us

Kevin Scott Frankel on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
pabk@logs.com

Kristen D. Little on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
pabk@logs.com

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

Leslie J. Rase, Esq. on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com

Jillian Nolan Snider on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION AS
TRUSTEE OF CABANA SERIES III TRUST
jsnider@tuckerlaw.com, agilbert@tuckerlaw.com

Karina Velter on behalf of Creditor U.S. Bank National Association,  amps@manleydeas.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

James Warmbrodt on behalf of Creditor JPMORGAN CHASE BANK, N.A.
bkgroup@kmllawgroup.com

James Warmbrodt on behalf of Creditor Nationstar Mortgage as servicer for U.S. Bank National
Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X
bkgroup@kmllawgroup.com

James Warmbrodt on behalf of Creditor U.S. Bank National Association
bkgroup@kmllawgroup.com

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

Respectfully submitted,

Date: October 7, 2019                    /s/David A. Colecchia
                                         David A. Colecchia, Esquire
                                         PA I.D. # 71830

                                         David A. Colecchia and Associates
                                         LAW CARE
                                         324 S. Maple Avenue
                                         Greensburg, PA 15601

                                         (724) 837-2320
                                         (724)-837-0602

                                         colecchia542@comcast.net