UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: David Lee Jones, <br>             Debtor, | Case No 17-23561-GLT <br> Chapter 13 |
| David Lee Jones, <br>             Movant, | Docket No.: 99 <br> Related to Docket No.: 69 |
| V. | |

No Respondents,

FIFTH STATUS REPORT CONCERNING PROGRESS
IN THE DEBTOR'S ATTEMPT TO OBTAIN VETERANS BENEFITS

      Now comes the Debtor David Lee Jones, who files the following Status Report concerning his request for Veteran Benefits and in support thereof avers the following:

      1)      The Debtor is an honorably discharged Vietnam War Air Force Veteran who spent time overseas in Thailand.

      2)      The Debtor applied for service connected disability due to Ischemic Heart Disease, Diabetes, and Skin Cancer due to exposure to Agent Orange while serving in Thailand.

      3)      The VA initially denied the request stating the United States Military did not use Agent Orange in Thailand.

      4)      However records obtained by Counsel from the Air Force indicated exposure to Agent Orange approximately one month after his arrival in Thailand.

      5)      Because of the Debtor's dire income status and the real threat of him becoming homeless, Counsel sent to the VA a request for an expedited hearing on April 26, 2019.

      6)      The VA subsequently replied with a denial at this initial level for a facially invalid reason.

7) The matter has been appealed through a notice of disagreement and we await a scheduling order and while waiting Mr. Jones may become homeless if the relief from stay is granted while we await a response at this level.

8) Although the Debtor is $442 behind in his payments; he is making a payment high enough that the ongoing monthly payment to his mortgagee is covered.

9) However, the Debtor cannot afford the arrears payment at this time, until he is able to obtain his VA benefits.

Respectfully Submitted,

s/David A. Colecchia
David A. Colecchia, Attorney for the Debtor
Law Care
324 South Maple Ave.
Greensburg, PA 15601-3219
PA. ID. 71830
724-837-2320
724-837-0602 (fax)
colecchia542@comcast.net