IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**FILED**
OCT 0 9 2019
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

In re: : Case No.: 17-23561-GLT
: Chapter: 13
David Lee Jones :
:
: Date: 10/8/2019
Debtor(s). : Time: 09:00

## PROCEEDING MEMO

**MATTER:** #2 - Continued Confirmation of Chapter 13 Plan Dated 9-3-17 (NFC)
#15 - Objection filed by Nationstar Mortgage
#76 - Status Report filed by Debtor
#84 - Status Report filed by Debtor

**APPEARANCES:**
Debtor: (No appearance)
Trustee: Ronda J. Winnecour
Nationstar: (No appearance)

**NOTES:**
(9:20/12:48)

Winnecour: The plan is currently $550 a month. It would need to double for a successful plan.

Court: I recall requiring the debtor to make payments of about $650.

Winnecour: The debtor has been making payments of $650 since June. The plan is currently approx. $13,000 in arrears.

Court: If I don't have anything further, and while it's painful, a case can't be continued indefinitely.

**OUTCOME:**

1. Debtor's *Confirmation of Chapter 13 Plan Dated 9-3-17 (NFC)* [Dkt. No. 2] is DENIED. [Text Order to Issue]

2. On or before November 6, 2019, Debtor shall file a Status Report regarding any progress made to procure VA benefits since the filing of the debtor's last status report. [Text Order to Issue]

3. An Order to Show Cause shall issue as to why the case should not be dismissed due to the failure to obtain confirmation of a Chapter 13 plan within a reasonable period of time. [CT to issue]

**DATED:** 10/8/2019