IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:   David Lee Jones | : | Bankruptcy No. 17-23561-GLT |
| | : | Chapter 13 |
| Debtor | : | |
| | : | |
| David lee Jones | : | Related to Document No.100 |
| Movant | : | |
| | : | |
| v. | : | Hearing Date and Time: November 6, 2019 at 9:00AM |
| | : | |
| US Bank Trust National Association as Trustee of the Cabana Series III Trust, Respondent | : | |

## CERTIFICATE OF SERVICE OF MODIFIED ORDER ON MOTION TO EXTEND TIME

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) October 9, 2019.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  electronic notification.

Service by NEF

Karina Velter on behalf of Defendant Wells Fargo Financial Pennsylvania, Inc ; amps@manleydeas.com

EXECUTED ON: October 9, 2019

By:  /s/ David A. Colecchia
Signature
David A. Colecchia
Typed Name
324 South Maple Avenue, Greensburg, PA 15601
Address
724-837-2320
Phone No.
PA ID 71830
List Bar I.D. and State of Admission

**PAWB Local Form 7 (07/13)**