UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| David Lee Jones | : | No. 17-23561-GLT |
| Debtor | : | Chapter 13 |
| U.S. Bank Trust National Association, as Trustee of Cabana Series III Trust | : | Hearing Date: 11/6/19 at 9:00 a.m. |
| | : | Response Date: 10/15/19 |
| Movant | : | |
| vs. | : | |
| David Lee Jones<br>Valerie J. Jones, Co-Debtor<br>Ronda J. Winnecour, Trustee | : | |
| Respondents | : | |

**CERTIFICATE OF NO OBJECTION REGARDING**
**Motion for Relief from Stay and Co-Debtor Stay, Docket No. 94**

   I, the undersigned, certify that, as of the date hereof, no answer, objection of other responsive pleading to the Motion for Relief and for Co-Debtor Relief filed on September 19, 2019 has been received, The undersigned further certifies that the Court's docket in this case has been reviewed and no further answer, objection of other responsive pleading to the Motion for Relief from Stay and for Co-Debtor Relief appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Relief from Stay and for Co-Debtor Relief were to be filed and served no later than October 15, 2019.

   It is hereby respectfully requested that the Order attached to the Motion for Relief from Stay and for Co-Debtor Relief be entered by the Court.

Date: 10/16/19    By:    /s/ Jillian Nolan Snider
                                                       Jillian Nolan Snider, Esquire
                                                       Pa. I.D. # 202253
                                                       jsnider@tuckerlaw.com
                                                       TUCKER ARENSBERG, P.C.
                                                       1500 One PPG Place
                                                       Pittsburgh, Pennsylvania 15222
                                                       412-566-1212