FILED
11/8/19 10:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUTPCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Case No. 17-23561-GLT |
| | : Chapter 13 |
| DAVID LEE JONES | : |
| | : |
| *Debtors*. | : Related to Dkt. Nos. 2 and 94 |
| | : |

## ORDER

This matter came before the Court upon the *Amended Order to Show Cause Against David Lee Jones* [Dkt. Nos. 2] for failure to obtain confirmation of a Chapter 13 Plan within a reasonable period of time, and Motion for Relief from the Automatic Stay and for Co-Debtor Relief filed by U.S. Bank Trust National Association, as Trustee of Cabana Series III, Trust ("U.S. Bank") [Dkt. No. 94].

After a hearing on November 6, 2019, and for the reasons stated on the record, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1.    Beginning in November 2019, the Debtor shall remit monthly payments to the chapter 13 trustee of no less than $665 each month.

2.    Pending further order, the trustee shall suspend distributions to Attorney David A. Colecchia and David A. Colecchia and Associates, and instead ensure that the first available funds for distribution are utilized to satisfy the ongoing mortgage obligation to U.S. Bank of $632 each month.

Dated: November 8, 2019

GREGORY L. TADDONIO **cgt**
UNITED STATES BANKRUTPCY JUDGE

Case administrator to mail to:
Debtor
David A. Colecchia, Esq.
Jillian Nolan Snider, Esq.
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-23561-GLT
David Lee Jones                                                           Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: bsil              Page 1 of 1            Date Rcvd: Nov 08, 2019
                               Form ID: pdf900         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2019.
db              +David Lee Jones,    43 Marilou Drive,    Jeannette, PA 15644-1077

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2019 at the address(es) listed below:
          David A. Colecchia    on behalf of Debtor David Lee Jones colecchia542@comcast.net,
           dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
           lock@my-lawyers.us
          James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage as servicer for U.S. Bank National
           Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X
           bkgroup@kmllawgroup.com
          Jillian Nolan Snider    on behalf of Creditor    US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF
           CABANA SERIES III TRUST jsnider@tuckerlaw.com,   agilbert@tuckerlaw.com
          Karina  Velter    on behalf of Creditor    U.S. Bank National Association amps@manleydeas.com
          Kevin M Buttery    on behalf of Creditor    Citibank N.A. kbuttery@rascrane.com
          Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
           pabk@logs.com
          Kristen D. Little    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
           pabk@logs.com
          Leslie J. Rase, Esq.    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
           lrase@sterneisenberg.com,   ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                          TOTAL: 13