# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-23561-GLT |
| David Lee Jones | : | |
| | : | Chapter 13 |
| | : | |
| Debtor(s) | : | |

NOTICE OF
CHANGE OF ADDRESS

Undeliverable Address

    Creditor Name:    Chase Automotive Finance
    Incorrect Address:    P.O. Box 16057
                           Wilmington, DE 19886

Corrected Address:

    Creditor Name:    Chase Automotive Finance
    Correct Address:    14800 Frye Road
                            Ft. Worth, TX 76155

Dated: December 11, 2019

/s/David A. Colecchia, Esquire
Law Care
David A. Colecchia and Associates
324 South Maple Ave.
Greensburg, PA 15601
724-837-2320
PA Bar I.D. 71830
dcolecchia@my-lawyers.us