# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-23561-GLT |
| David Lee Jones | : | |
| | : | Chapter 13 |
| | : | |
| Debtor(s) | : | |

NOTICE OF
CHANGE OF ADDRESS

Undeliverable Address

    Creditor Name:    Berks Credit and Collections
    Incorrect Address:    P.O. Box 329
    Temple, PA 19560

Corrected Address:

    Creditor Name:    Berks Credit and Collections
    Correct Address:    900 Corporate Drive
    Reading, PA 19605

                                                          /s/David A. Colecchia, Esquire
Dated: December 11, 2019                     Law Care
                                                          David A. Colecchia and Associates
                                                         324 South Maple Ave.
                                                         Greensburg, PA 15601
                                                          724-837-2320
                                                          PA Bar I.D. 71830
                                                          dcolecchia@my-lawyers.us