IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
David Lee Jones                          :    Case No. 17-23561GLT
                                         :    Chapter 13
    Debtor(s)                            :
Ronda J. Winnecour, Trustee              :
                                         :    Related to Document #
    Movant(s)                            :
                                         :
    vs.                                  :
David Lee Jones                          :    Hearing Date

    Respondent(s)

**NOTICE OF HEARING WITH RESPONSE DEADLINE
ON TRUSTEE'S MOTION TO COMPEL THE DEBTORS TO PROVIDE AFFIDAVIT
OR OTHER SWORN STATEMENT REVEALING ORGIN OF NON-SPECIFIC LUMP
SUM PAYMENT**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

Your are further notified to file with the Clerk and serve upon the undersigned Movant a response to the motion no later than January 23, 2020 i.e., twenty (20) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on February 12, 2020, at 10:00 a.m. before Judge Gregory L. Taddonio, in Courtroom A, 54th Floor, U.S. Steel Tower, Pittsburgh PA 15219.  Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a late date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service: 12/23/2019

                                        /s/ Owen Katz_____
                                        Owen Katz- PA I.D. #36473
                                        Attorney for Trustee
                                        US Steel Tower – Suite 3250
                                        600 Grant St.
                                        Pittsburgh, PA  15219
                                        (412) 471-5566
                                        okatz@chapter13trusteewdpa.com