IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
David Lee Jones                                              :    Case No. 17-23561GLT
                                                             :    Chapter 13
         Debtor(s)            :
Ronda J. Winnecour, Trustee                                  :
                                                             :    Related to Document #
         Movant(s)            :
                                                             :
         vs.                  :
David Lee Jones                                              :    Hearing Date

         Respondent(s)

CERTIFICATE OF SERVICE

    I, Dianne DeFoor of the Office of the Chapter 13 Trustee, Suite 3250, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

Certify:
    That I am, and at all times hereinafter mentioned, more than 18 years of age;

    That on the 22ND day of January 2020, I served a copy of the Court Order entered at doc. #122 on the following parties.

The Parties in interest served in this proceeding, by:
First Class Postage Prepaid Mail

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA. 15222

David Lee Jones
43 Marilou Drive
Jeannette PA 15644

David A. Colecchia, Esquire
324 South Maple Avenue
Greensburg PA 15601
I certify under penalty of perjury that the foregoing is true and correct.


Executed on 01/22/20                   /s/ Dianne DeFoor
      (date)                            Dianne DeFoor
                                       Suite 3250- US Steel Tower
                                       600 Grant Street
                                       Pittsburgh PA 15219

412-471-5566
cmecf@chapter13trusteewdpa.com

Case 17-23561-GLT    Doc 124    Filed 01/22/20    Entered 01/22/20 16:49:00    Desc Main
Document      Page 2 of 2