FILED
2/13/20 9:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-23561-GLT |
| | : | Chapter: | 13 |
| David Lee Jones | : | | |
| | : | | |
| | : | Date: | 2/12/2020 |
| Debtor(s). | : | Time: | 11:00 |

## PROCEEDING MEMO

**MATTER:**   #2 - Confirmation on Chapter 13 Plan Dated September 3, 2017
                       #15 - Objection by Nationstar Mortgage, LLC

                       #94 Motion for Relief from Stay and Relief from Co-Debtor Stay
                             filed by U.S. Bank Trust National Association
                       #108 - Response by Debtor

**APPEARANCES:**
              Debtor:    Justin Schantz
              Trustee:   Kate Desimone

**NOTES:** (11:18)

Court: It seems as though there are a number of material developments. The debtor was able to receive a settlement of $75,000 from the V.A. and paid $18,000 to the trustee. Where do we stand on the plan as a whole?

Schantz: We updated his schedule I to take into account the monthly benefits of $3,106. The debtor is a disabled veteran, and so he does not need to pay property taxes, so we're awaiting a refund.

Court: Has there been talks about the substance of a confirmation order?

Desimone: We haven't had further discussions of the plan confirmation further, we may need an amended plan.

Court: At the last hearing I required the debtor to increase his payments to cover his current mortgage obligations, has he been consistent?

Schantz: As of December 2019 it was bumped up to $665. Those payments have been consistently made.

Court: What are the payments since December?

Desimone: $665 in December, January, and February.

Court: The $18,000 is earmarked for the U.S. Bank arrears?

Schantz: Yes.

Court: I find no basis for stay relief. As to plan confirmation, the current plan does seem outdated. I will require the debtor to file an amended plan within 30 days and we will set for conciliation. There is also an outstanding order to show cause, and I will vacate that order.

Schantz: The debtor wanted me to thank the Court on the record and provide his deep appreciation.

*OUTCOME:*

1. Motion for Relief from Stay and Relief from Co-Debtor Stay filed by U.S. Bank Trust National Association [Dkt. No. 94] is DENIED. [Text Order to Issue]

2. On or before the March 12, 2020, the debtor shall file an amended plan and set for conciliation. [JH to Issue]

3. Show Cause on Debtor Re: Why Case Should Not be Dismissed for Failure to Obtain Confirmation of Plan [Dkt. No. 104] is VACATED. [Text Order to Issue]

**DATED:** 2/12/2020