Form 005

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**David Lee Jones**
  Debtor(s)

Bankruptcy Case No.: 17–23561–GLT
Chapter: 13
Related to Document No.: 127
Concil. Conf.: April 23, 2020 at 02:00 PM

## ORDER

  On February 12, 2020, a hearing was conducted on the September 3, 2017 Plan, at which time the Court determined that an Amended Plan is necessary.

  **AND NOW,** this **The 13th of February, 2020**, it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

  (1)  **On or before March 12, 2020,** the Debtor(s) shall file and serve a copy of this **Order** and an **Amended Plan** on the Chapter 13 Trustee and all Parties listed on the *Current Official Mailing Matrix*.  The Debtor(s) shall also complete and file the accompanying **Certificate of Service**.

  (2)  **On or before April 9, 2020,** all **Objections** to the *Amended Plan* must be filed and served on the Debtor(s), Chapter 13 Trustee, and any creditor whose claim is the subject of the *Objection*.  Untimely objections will not be considered.

  (3)  **On April 23, 2020 at 02:00 PM ,** a Conciliation Conference on the Debtor(s)' *Amended Plan* is scheduled in the 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

  (4)  If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party.  Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation Conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

  (5)  Failure to timely file an *Amended Plan* and *Certificate of Service* shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions or other remedial measures.

  (6)

Dated: February 13, 2020

 cm: Debtor
      Counsel for Debtor

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 17-23561-GLT
David Lee Jones                                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: jhel              Page 1 of 1           Date Rcvd: Feb 13, 2020
                             Form ID: 005            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2020.
db            +David Lee Jones,   43 Marilou Drive,   Jeannette, PA 15644-1077

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2020 at the address(es) listed below:
              David A. Colecchia    on behalf of Debtor David Lee Jones colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              James    Warmbrodt    on behalf of Creditor    U.S. Bank National Association bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    Nationstar Mortgage as servicer for U.S. Bank National
               Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X
               bkgroup@kmllawgroup.com
              Jillian Nolan Snider    on behalf of Creditor    US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF
               CABANA SERIES III TRUST jsnider@tuckerlaw.com,    agilbert@tuckerlaw.com
              Karina    Velter    on behalf of Creditor    U.S. Bank National Association amps@manleydeas.com
              Kevin M Buttery    on behalf of Creditor    Citibank N.A. kbuttery@rascrane.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
               pabk@logs.com
              Kristen D. Little    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
               pabk@logs.com
              Leslie J. Rase, Esq.    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
               lrase@sterneisenberg.com,    ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 13