Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **David Lee Jones** | : | Case No. 17−23561−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Issued Per 2/12/2020 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 19th of June, 2020,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                            Case No. 17-23561-GLT
David Lee Jones                                                   Chapter 13
         Debtor
                               CERTIFICATE OF NOTICE
District/off: 0315-2          User: dbas              Page 1 of 2            Date Rcvd: Jun 19, 2020
                              Form ID: 309            Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2020.
db             +David Lee Jones,    43 Marilou Drive,    Jeannette, PA 15644-1077
cr             +Citibank N.A.,    Robertson Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper, et al,    8950 Cypress Waters Blvd,
                 Coppell, TX 75019-4620
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14753890       +Citibank, N.A.,    Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,
                 Dallas TX 75261-9096
14687389        Collection Services Center,    Corporate Office,    P.O. Box 560,   New Kensington, PA 15068-0560
14687393       #+Crystal Leah Jones,    203 North Second Street,    Apt 4,   Jeannette, PA 15644-1843
14687397       +Nationstar Mortgage,    P.O. Box 619098,    ATTN:  Customer Relations Officer,
                 Dallas, TX 75261-9098
14687396        Nationstar Mortgage,    P.O. Box 60516,   City of Industry, CA 91716-0516
14986829       +U.S. Bank Trust National Association, as Trustee,     of Cabana Series III Trust,
                 c/o BSI Financial Services,    1425 Greenway Drive, Ste 400,    Irving, TX 75038-2480
14959222        US Bank Trust National Association as trustee of t,     P.O. Box 10675,
                 Greenville, SC   29603-0675

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14687385       +EDI: PHINAMERI.COM Jun 20 2020 07:23:00      AmeriCredit/GM Financial,    Po Box 183853,
                 Arlington, TX 76096-3853
14687386       +E-mail/Text: EBN_IndianapolisIMC@receivemorermp.com Jun 20 2020 03:52:15
                 Berks Credit & Collections,    900 Corporate Drive,    Reading, PA 19605-3340
14687387       +EDI: CAPITALONE.COM Jun 20 2020 07:23:00      Capital One,    Attn: Bankruptcy,   Po Box 30253,
                 Salt Lake City, UT 84130-0253
14687388       +EDI: CAUT.COM Jun 20 2020 07:23:00      Chase Automotive Finance,    14800 Frye Road,
                 Ft. Worth, TX 76155-2732
14687390       +E-mail/Text: ebnnotifications@creditacceptance.com Jun 20 2020 03:50:50      Credit Acceptance,
                 25505 West 12 Mile Rd,    Suite 3000,   Southfield, MI 48034-8331
14687391       +E-mail/Text: ebnnotifications@creditacceptance.com Jun 20 2020 03:50:50      Credit Acceptance,
                 P.O. Box 5142,   Southfield, MI 48086-5142
14687392       +E-mail/PDF: creditonebknotifications@resurgent.com Jun 20 2020 04:07:53      Credit One Bank Na,
                 Po Box 98873,   Las Vegas, NV 89193-8873
14687394       +EDI: BLUESTEM Jun 20 2020 07:23:00      Fingerhut,   6250 Ridgewood Rd,
                 St Cloud, MN 56303-0820
14687395       +EDI: AMINFOFP.COM Jun 20 2020 07:23:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
14733988       +EDI: CAUT.COM Jun 20 2020 07:23:00      JPMorgan Chase Bank, N.A.,    PO BOX 29505 AZ1-1191,
                 Phoenix, AZ 85038-9505
14748430        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 20 2020 04:07:59
                 LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14725918        EDI: PRA.COM Jun 20 2020 07:23:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, N.A.
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
cr              Nationstar Mortgage as servicer for U.S. Bank Nati
cr              U.S. Bank National Association
cr              US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF C
cr*             US Bank Trust National Association as trustee of t,     P.O. Box 10675,
                 Greenville, SC   29603-0675
14687398       ##+Valerie Jones,    221 East Avenue,   West Mifflin, PA 15122-3013
                                                                                  TOTALS: 5, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-2          User: dbas              Page 2 of 2           Date Rcvd: Jun 19, 2020
                              Form ID: 309            Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2020 at the address(es) listed below:
              David A. Colecchia    on behalf of Debtor David Lee Jones colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              James    Warmbrodt    on behalf of Creditor    U.S. Bank National Association bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    Nationstar Mortgage as servicer for U.S. Bank National
               Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X
               bkgroup@kmllawgroup.com
              Jillian Nolan Snider    on behalf of Creditor    US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF
               CABANA SERIES III TRUST jsnider@tuckerlaw.com, agilbert@tuckerlaw.com
              Karina   Velter    on behalf of Creditor    U.S. Bank National Association amps@manleydeas.com
              Kevin M Buttery    on behalf of Creditor    Citibank N.A. kbuttery@rascrane.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
               pabk@logs.com
              Kristen D. Little    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
               pabk@logs.com,   klittle@logs.com
              Leslie J. Rase, Esq.    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
               pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 13
```