FILED
6/30/20 8:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  David lee Jones,  
        Debtor(s)

David lee Jones,  
        Movant(s),

  v.

No Respondents,

Bankruptcy No. 17-23561-GLT  
Chapter 13

Related to Dkt. No. 135

## MODIFIED ORDER

AND NOW, this 30th day of June 2020, the Motion to Reconsider Dismissal of Case is GRANTED. The case is reopened and the conciliation conference on the amended plan will be rescheduled.

_____  
Gregory L. Taddonio, Judge  jah  
US Bankruptcy Court, WD of PA

Movant shall serve a copy of this Order on the Trustee, U.S. Trustee and parties listed on the Clerk's mailing matrix. Movant shall file a certificate of service within 3 days hereof.

Case Administrator to serve:  
David Colecchia, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:
David Lee Jones
        Debtor

Case No. 17-23561-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil                    Page 1 of 1                    Date Rcvd: Jun 30, 2020
                              Form ID: pdf900               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2020.
db             +David Lee Jones,    43 Marilou Drive,    Jeannette, PA 15644-1077

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2020 at the address(es) listed below:
              David A. Colecchia    on behalf of Debtor David Lee Jones colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              James    Warmbrodt    on behalf of Creditor    U.S. Bank National Association bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    Nationstar Mortgage as servicer for U.S. Bank National
               Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X
               bkgroup@kmllawgroup.com
              Jillian Nolan Snider    on behalf of Creditor    US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF
               CABANA SERIES III TRUST jsnider@tuckerlaw.com,    agilbert@tuckerlaw.com
              Karina    Velter    on behalf of Creditor    U.S. Bank National Association amps@manleydeas.com
              Kevin M Buttery    on behalf of Creditor    Citibank N.A. kbuttery@rascrane.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
               pabk@logs.com
              Kristen D. Little    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
               pabk@logs.com,    klittle@logs.com
              Leslie J. Rase, Esq.    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
               pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 13