IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:   David Lee Jones | : | Bankruptcy No. 17-23561-GLT |
| | : | Chapter 13 |
| Debtor | : | |
| | : | |
| David lee Jones | : | Related to Document No.: 141 |
| Movant | : | |
| | : | Document No.: 142 |
| v. | : | |
| | : | |
| | : | |
| NO Respondent s, | : | |

**CERTIFICATE OF SERVICE ON MODIFIED ORDER**

I certify under the penalty of perjury that on July 3, 202. I electronically served a copy of the Order and this COS on the following people:

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: electronic notification.

Kevin M Buttery on behalf of Creditor Citibank N.A., kbuttery@rascrane.com

Kevin Scott Frankel on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
pabk@logs.com

Kristen D. Little on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
pabk@logs.com

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

Leslie J. Rase, Esq. on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com

Jillian Nolan Snider on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST
jsnider@tuckerlaw.com, agilbert@tuckerlaw.com

Karina Velter on behalf of Creditor U.S. Bank National Association,  amps@manleydeas.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

James Warmbrodt on behalf of Creditor JPMORGAN CHASE BANK, N.A.
bkgroup@kmllawgroup.com

James Warmbrodt on behalf of Creditor Nationstar Mortgage as servicer for U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X
bkgroup@kmllawgroup.com

James Warmbrodt on behalf of Creditor U.S. Bank National Association
bkgroup@kmllawgroup.com

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

Parties served by U.S. Mail:

David Lee Jones
43 Marilou Dr.
Jeannette, PA 15644-1077


EXECUTED ON: July 3, 2020


By:	/s/ David A. Colecchia_____
	Signature
	David A. Colecchia_____
	Typed Name
	324 South Maple Avenue, Greensburg, PA 15601_____
	Address
	724-837-2320 _____
	Phone No.
	PA ID 71830_____
	List Bar I.D. and State of Admission


**PAWB Local Form 7 (07/13)**