Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**David Lee Jones**
    Debtor(s)

Bankruptcy Case No.: 17−23561−GLT
Issued Per Aug. 13, 2020 Proceeding
Chapter: 13
Docket No.: 143 − 136, 139
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated June 24, 2020 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☑ A.     For the remainder of the Plan term, the periodic Plan payment is amended to be $1,113 as of August 2020. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.     The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.     Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.     Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.     The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.     shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G.     The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: U.S. Bank Trust National Association (Claim No. 6) with payment changes implemented .

☑ H.     Additional Terms: Fee application needed if any fee (including retainer) exceeds $4,000 including any fees paid to prior counsel.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**  After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**  Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**  Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**  Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**  The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**  In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: August 17, 2020

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 17-23561-GLT
David Lee Jones                                                                           Chapter 13
        Debtor                            **CERTIFICATE OF NOTICE**

District/off: 0315-2          User: jhel           Page 1 of 2           Date Rcvd: Aug 17, 2020
                              Form ID: 149         Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2020.
db              +David Lee Jones,   43 Marilou Drive,    Jeannette, PA 15644-1077
cr              +Citibank N.A.,   Robertson Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
                  Boca Raton, FL 33487-2853
cr              +Nationstar Mortgage LLC d/b/a Mr. Cooper, et al,   8950 Cypress Waters Blvd,
                  Coppell, TX 75019-4620
cr              +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                  Pittsburgh, PA 15233-1828
14753890        +Citibank, N.A.,   Nationstar Mortgage LLC d/b/a Mr. Cooper,   PO Box 619096,
                  Dallas TX 75261-9096
14687389         Collection Services Center,   Corporate Office,   P.O. Box 560,   New Kensington, PA 15068-0560
14687395        +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
14687396         Nationstar Mortgage,   P.O. Box 60516,   City of Industry, CA 91716-0516
14687397        +Nationstar Mortgage,   P.O. Box 619098,   ATTN:  Customer Relations Officer,
                  Dallas, TX 75261-9098
14986829        +U.S. Bank Trust National Association, as Trustee,   of Cabana Series III Trust,
                  c/o BSI Financial Services,   1425 Greenway Drive, Ste 400,   Irving, TX 75038-2480
14959222         US Bank Trust National Association as trustee of t,   P.O. Box 10675,
                  Greenville, SC  29603-0675

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14687385        +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 18 2020 04:07:02
                  AmeriCredit/GM Financial,   Po Box 183853,   Arlington, TX 76096-3853
14687386        +E-mail/Text: EBN_IndianapolisIMC@receivemorermp.com Aug 18 2020 04:08:03
                  Berks Credit & Collections,   900 Corporate Drive,   Reading, PA 19605-3340
14687387        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 18 2020 04:14:25      Capital One,
                  Attn: Bankruptcy,   Po Box 30253,   Salt Lake City, UT 84130-0253
14687388        +E-mail/Text: bk.notifications@jpmchase.com Aug 18 2020 04:07:08     Chase Automotive Finance,
                  14800 Frye Road,   Ft. Worth, TX 76155-2732
14687390        +E-mail/Text: ebnnotifications@creditacceptance.com Aug 18 2020 04:06:52    Credit Acceptance,
                  25505 West 12 Mile Rd,   Suite 3000,   Southfield, MI 48034-8331
14687391        +E-mail/Text: ebnnotifications@creditacceptance.com Aug 18 2020 04:06:53    Credit Acceptance,
                  P.O. Box 5142,   Southfield, MI 48086-5142
14687392        +E-mail/PDF: creditonebknotifications@resurgent.com Aug 18 2020 04:14:29    Credit One Bank Na,
                  Po Box 98873,   Las Vegas, NV 89193-8873
14687394        +E-mail/Text: bnc-bluestem@quantum3group.com Aug 18 2020 04:07:47     Fingerhut,
                  6250 Ridgewood Rd,   St Cloud, MN 56303-0820
14733988        +E-mail/Text: bk.notifications@jpmchase.com Aug 18 2020 04:07:08     JPMorgan Chase Bank, N.A.,
                  PO BOX 29505 AZ1-1191,   Phoenix, AZ 85038-9505
14748430         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 18 2020 04:14:07
                  LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
                  Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14725918         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 18 2020 04:14:33
                  Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, N.A.
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
cr              Nationstar Mortgage as servicer for U.S. Bank Nati
cr              U.S. Bank National Association
cr              US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF C
cr*             US Bank Trust National Association as trustee of t,   P.O. Box 10675,
                  Greenville, SC  29603-0675
14687393        ##+Crystal Leah Jones,   203 North Second Street,   Apt 4,   Jeannette, PA 15644-1843
14687398        ##+Valerie Jones,   221 East Avenue,   West Mifflin, PA 15122-3013
                                                                                    TOTALS: 5, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2              User: jhel                Page 2 of 2             Date Rcvd: Aug 17, 2020
                                  Form ID: 149              Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2020                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2020 at the address(es) listed below:
              David A. Colecchia    on behalf of Debtor David Lee Jones colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              James   Warmbrodt     on behalf of Creditor    U.S. Bank National Association bkgroup@kmllawgroup.com
              James   Warmbrodt     on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              James   Warmbrodt     on behalf of Creditor    Nationstar Mortgage as servicer for U.S. Bank National
               Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X
               bkgroup@kmllawgroup.com
              Jillian Nolan Snider    on behalf of Creditor    US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF
               CABANA SERIES III TRUST jsnider@tuckerlaw.com,    agilbert@tuckerlaw.com
              Karina   Velter    on behalf of Creditor    U.S. Bank National Association amps@manleydeas.com
              Kevin M Buttery    on behalf of Creditor    Citibank N.A. kbuttery@rascrane.com
              Kevin Scott Frankel     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
               pabk@logs.com
              Kristen D. Little    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
               pabk@logs.com,   klittle@logs.com
              Leslie J. Rase, Esq.    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
               pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                     TOTAL: 13
```