**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)**

| | |
|---|---|
| **David Lee Jones** | : CHAPTER 13 |
| | : |
| **Debtor** | : CASE NO: 17-23561-GLT |
| ------------------------------------------------- | : |
| U.S. Bank Trust National Association, | : |
| as Trustee of Cabana Series III Trust | : |
| Movant | : |
| v. | : |
| | : |
| David Lee Jones | : |
| Debtor | : |
| and | : |
| | : |
| Ronda J. Winnecour, Esq. (Trustee) | : |
| Respondents | : |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance as counsel for Creditor, **U.S. Bank Trust National Association, as Trustee of Cabana Series III Trust**, in the above proceeding and, pursuant to Bankruptcy Rule 2002(g) and 9010(b) requests that his name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

>        Brian E. Caine, Esq.
>        PARKER McCAY P.A.
>        9000 Midlantic Drive, Suite 300
>        Mount Laurel, NJ  08054
>        (856) 985-4059
>        bcaine@parkermccay.com

DATED:  August 31, 2020

>        By: /s/  Brian E. Caine
>        BRIAN E. CAINE, ESQ.
>        PA Attorney ID #86057
>        **PARKER McCAY P.A.**
>        9000 Midlantic Drive; Suite 300
>        P.O. Box 5054
>        Mt. Laurel, NJ 08054
>        (856) 985-4059
>        Fax (856)-596-3427
>        bcaine@parkermccay.com
>        Attorney for Creditor