**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
9/2/20 10:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE: | Bankruptcy No. 17-23561-GLT |
| DAVID LEE JONES, | Chapter 13 |
| Debtor | |
| JILLIAN NOLAN SNIDER, ESQUIRE, | Related to Dkt. No. 147 |
| Movant, | |
| v. | |
| DAVID LEE JONES, RONDA J. WINNECOUR, TRUSTEE, | |
| Respondents. | |

## ORDER OF COURT

AND NOW, this 2nd day of September 2020, upon the consideration of *Motion to Withdraw the Appearance of Jillian Nolan Snider*, and after such notice and hearing as appropriate, it is hereby

ORDERED, ADJUDGED AND DECREED, that the appearance of Jillian Nolan Snider as counsel of record in the attached list of bankruptcy cases is WITHDRAWN.

_____
GREGORY L. TADDONIO    jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:
Jillian Snider, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-23561-GLT
David Lee Jones                                                         Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Sep 02, 2020
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2020.
             +Jillian Nolan Snider, Esq.,   Tucker Arensburg, PC,   1500 One PPG Place,    Pittsburgh, PA 15222-5413

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2020                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2020 at the address(es) listed below:
         Brian E. Caine    on behalf of Creditor    US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
         David A. Colecchia    on behalf of Debtor David Lee Jones colecchia542@comcast.net, dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us
         James Warmbrodt    on behalf of Creditor    U.S. Bank National Association bkgroup@kmllawgroup.com
         James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
         James Warmbrodt    on behalf of Creditor    Nationstar Mortgage as servicer for U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X bkgroup@kmllawgroup.com
         Jillian Nolan Snider    on behalf of Creditor    US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST jsnider@tuckerlaw.com, agilbert@tuckerlaw.com
         Karina Velter    on behalf of Creditor    U.S. Bank National Association amps@manleydeas.com
         Kevin M Buttery    on behalf of Creditor    Citibank N.A. kbuttery@rascrane.com
         Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al pabk@logs.com
         Kristen D. Little    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al pabk@logs.com, klittle@logs.com
         Leslie J. Rase, Esq.    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al pabk@logs.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                         TOTAL: 14