**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/22/2020

IN RE:

DAVID LEE JONES
43 MARILOU DRIVE
JEANNETTE, PA 15644
XXX-XX-9695          Debtor(s)

Case No. 17-23561 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/22/2020

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **ALDRIDGE PITE LLP**<br>4375 JUTLAND DR STE 200<br>PO BOX 17933<br>SAN DIEGO, CA 92177-0933 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NATIONSTAR MORT~MR COOPER/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 901032<br>FT WORTH, TX 76101-2032 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 0.00<br>COMMENT: SURR@CHASE/PL*CL=4555.55 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1050 |
| **CREDIT ACCEPTANCE CORP***<br>ATTN: BANKRUPTCY DEPT*<br>25505 W 12 MILE RD STE 3000*<br>SOUTHFIELD, MI 48034-8339 | Trustee Claim Number: 3  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 0.00<br>COMMENT: 1588.16CL*SURR/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9573 |
| **US BANK NA - TRUSTEE**<br>C/O BSI FINANCIAL SERVICES INC(*)<br>PO BOX 679002<br>DALLAS, TX 75267-9002 | Trustee Claim Number: 4  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 0.00<br>COMMENT: CL6GOV W/PMT CHANGES*462@NATIONSTAR/PL*641.44 X (60+2)=LMT*LMP DENII | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 2369 |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI**<br>PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number: 5  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~AUTO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9481 |
| **BERKS CREDIT & COLLECTIONS INC*++**<br>PO BOX 329<br>TEMPLE, PA 19560 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WSTMRLND EMRGNCY MDCL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8326 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 282.88<br>COMMENT: CAP 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4578 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA 15068 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~ALLGHNY RDLGY ASSOC/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: GPIB |
| **CREDIT ACCEPTANCE CORP***<br>ATTN: BANKRUPTCY DEPT*<br>25505 W 12 MILE RD STE 3000*<br>SOUTHFIELD, MI 48034-8339 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: AUTO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9573 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 649.39<br>COMMENT: FNBM*CREDIT ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6793 |

| Creditor | Trustee Claim # / INT % | Court Claim # | CRED DESC | Account No. | Claim | Comment |
|---|---|---|---|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | 11 / 0.00% | 4 | UNSECURED CREDITOR | 4502 | 405.51 | FNBM*CREDIT ONE*NO PAYMENT EVER*9/17 CHG OFF |
| **FINGERHUT**<br>6250 RIDGEWOOD ROAD<br>SAINT CLOUD, MN 56303 | 12 / 0.00% | | UNSECURED CREDITOR | 5543 | 0.00 | |
| **FIRST PREMIER BANK**<br>601 SOUTH MINNESOTA AVE<br>SIOUX FALLS, SD 57104 | 13 / 0.00% | | UNSECURED CREDITOR | 5675 | 0.00 | |
| **VALERIE JONES**<br>221 EAST AVE<br>WEST MIFFLIN, PA 15122 | 14 / 0.00% | | UNSECURED CREDITOR | | 0.00 | NO$/SCH |
| **CRYSTAL JONES**<br>203 NORTH SECOND ST APT 4<br>JEANNETTE, PA 15644 | 15 / 0.00% | | NOTICE ONLY | | 0.00 | /SCH H |
| **US BANK NA - TRUSTEE**<br>C/O BSI FINANCIAL SERVICES INC(*)<br>PO BOX 679002<br>DALLAS, TX 75267-9002 | 16 / 0.00% | 06 | MORTGAGE REGULAR PAYMEN | 2842 | 0.00 | LMP DENIED*FR CITIBANK-DOC 61*FR US BANK-DOC 66*DK |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | 17 / 0.00% | | NOTICE ONLY | | 0.00 | /PRAE |
| **RAS CRANE LLC**<br>10700 ABOTT'S BRIDGE RD STE 170<br>DULUTH, GA 30097 | 18 / 0.00% | | NOTICE ONLY | | 0.00 | CITIBANK/PRAE |
| **US BANK NA - TRUSTEE**<br>C/O BSI FINANCIAL SERVICES INC(*)<br>PO BOX 679002<br>DALLAS, TX 75267-9002 | 19 / 0.00% | 6 | MORTGAGE ARR. | 2369 | 18,408.48 | CL6GOV*$/CL-PL*LMP DENIED*FR CITIBANK-DOC 61*FR US BANK TRUST-DOC 66 |
| **KARINA VELTER ESQ**<br>MANLEY DEAS KOCHALSKI LLC<br>PO BOX 165028<br>COLUMBUS, OH 43216-5028 | 20 / 0.00% | | NOTICE ONLY | | 0.00 | US BANK NATL/PRAE |

| CLAIM RECORDS | | |
|---|---|---|
| **BRIAN C NICHOLAS ESQ** <br> KML LAW GROUP PC <br> 701 MARKET ST STE 5000 <br><br> PHILADELPHIA, PA  19106 | Trustee Claim Number:21  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  NATIONSTAR~US BANK/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **TUCKER ARENSBERG PC** <br> 1500 ONE PPG PL <br><br> PITTSBURGH, PA  15222-5401 | Trustee Claim Number:22  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  US BANK/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **PARKER MCCAY PA** <br> 9000 MIDLANTIC DRIVE STE 300 <br> PO BOX 5054 <br><br> MT LAUREL, NJ  08054-1539 | Trustee Claim Number:23  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  US BANK/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |