**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 17-23561-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

David Lee Jones
43 Marilou Drive
Jeannette PA 15644

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/23/2021.

Name and Address of Alleged Transferor(s):

Claim No. 6: U.S. Bank Trust National Association as Trustee, of the Cabana Series III Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501

Name and Address of Transferee:

U.S. Bank Trust National Association as
Trustee of the Cabana Series III Trust
c/o SN Servicing Corporation
323 5th Street
Eureka, CA 95501

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    07/28/21

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:

David Lee Jones

     Debtor

Case No. 17-23561-GLT

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 1 of 2 |
| Date Rcvd: Jul 26, 2021 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2021:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15396407 | + Email/Text: bknotices@snsc.com | Jul 26 2021 23:25:00 | U.S. Bank Trust National Association as Trustee, of the Cabana Series III Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2021          Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage as servicer for U.S. Bank National Association  not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK  N.A. bnicholas@kmllawgroup.com |
| Brian E. Caine | on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST bcaine@parkermccay.com  BKcourtnotices@parkermccay.com |

District/off: 0315-2                              User: bsil                                    Page 2 of 2
Date Rcvd: Jul 26, 2021                        Form ID: trc                              Total Noticed: 1

David A. Colecchia
           on behalf of Debtor David Lee Jones colecchia542@comcast.net
           dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us

Kevin M Buttery
           on behalf of Creditor Citibank N.A. kbuttery@rascrane.com

Kevin Scott Frankel
           on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al pabk@logs.com, logsecf@logs.com

Kristen D. Little
           on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al pabk@logs.com, klittle@logs.com;logsecf@logs.com

Leslie J. Rase, Esq.
           on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al pabk@logs.com

Office of the United States Trustee
           ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
           cmecf@chapter13trusteewdpa.com

S. James Wallace
           on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Stephen Russell Franks
           on behalf of Creditor U.S. Bank National Association amps@manleydeas.com


TOTAL: 13