IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| David Lee Jones | : | Bankruptcy No.  17-23561-GLT |
| Debtors | : | Chapter 13 |
| | : | |
| SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust | : | Related to Document No.  n/a |
| | : | Hearing Date and Time:  n/a |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| David Lee Jones | : | |
| Ronda J. Winnecour- Trustee | : | |
| Respondents (if none, then "No Respondent") | : | |

# ORDER

    IT IS HEREBY ORDERED that the Stipulation Extending Deadline to Provide New Escrow Analysis Pursuant to July 20, 2021 Order is APPROVED and ENTERED as an Order of Court.

_____

U.S.B.J.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| David Lee Jones, | : | Bankruptcy No.  17-23561-GLT |
| Debtors | : | Chapter 13 |
| | : | |
| SN Servicing Corporation as Servicer for U.S. Bank | : | Related to Document No.  n/a |
| Trust National Association as Trustee of the Cabana | : | Hearing Date and Time:  n/a |
| Series III Trust | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| David Lee Jones | : | |
| Ronda J. Winnecour- Trustee | : | |
| Respondents (if none, then "No Respondent") | : | |

## STIPULATION EXTENDING DEADLINE TO PROVIDE A NEW ESCROW ANALYSIS PURSUANT TO JULY 20, 2021 COURT ORDER

Movant and Debtor's attorney, on behalf of Debtor, agree to extend the August 4, 2021 deadline to provide a new escrow analysis as set forth in the Order entered July 20, 2021 by the Court.   Debtor needs to submit proof of homeowner's insurance with Movant named on policy and then the escrow analysis may be completed.  Debtor has thirty (30) days to provide proof of maintenance of homeowner's insurance.  Once submitted, Movant has fourteen (14) days to provide a new escrow analysis to the Debtor.

The undersigned hereby consent to the form and entry of the foregoing order.


/s/ David A. Colecchia                                                            */s/ Lorraine Gazzara Doyle*
David A. Colecchia, Esq.                                                      Lorraine Gazzara Doyle, Esq.
*Attorney for Debtor*                                                              *Attorney for Secured Creditor*