IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| David Lee Jones | : | Bankruptcy No.  17-23561-GLT |
|           Debtors | : | Chapter 13 |
| | : | |
| SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust | : : : | Related to Document No.  n/a Hearing Date and Time:  n/a |
| Movant | : | |
| | : | |
|       v. | : | |
| | : | |
| David Lee Jones | : | |
| Ronda J. Winnecour- Trustee | : | |
| Respondents (if none, then "No Respondent") | : | |

# ORDER

    IT IS HEREBY ORDERED that the Stipulation Extending Deadline to Provide New Escrow Analysis Pursuant to July 20, 2021 Order is APPROVED and ENTERED as an Order of Court.

 

_____
U.S.B.J.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| David Lee Jones, | : | Bankruptcy No. 17-23561-GLT |
| Debtors | : | Chapter 13 |
| | : | |
| SN Servicing Corporation as Servicer for U.S. Bank | : | Related to Document No. n/a |
| Trust National Association as Trustee of the Cabana | : | Hearing Date and Time: n/a |
| Series III Trust | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| David Lee Jones | : | |
| Ronda J. Winnecour- Trustee | : | |
| Respondents (if none, then "No Respondent") | : | |

**STIPULATION EXTENDING DEADLINE TO PROVIDE A NEW ESCROW ANALYSIS PURSUANT TO JULY 20, 2021 COURT ORDER**

Movant SN Servicing Corporation as Servicer to U.S. Bank Trust, National Association as Trustee of the Cabana Series III Trust and Debtor's attorney, on behalf of Debtor, agree to extend the August 23, 2021 deadline to provide a new escrow analysis as set forth in the Order entered August 5, 2021 by the Court. Debtor needs to submit proof of maintenance of a homeowner's insurance policy with SN Servicing Corporation as Servicer to U.S. Bank Trust, National Association as Trustee of the Cabana Series III Trust named on the policy as Loss Payee, before the escrow analysis may be generated. Debtor has thirty (30) days from date of Order to provide proof of maintenance of homeowner's insurance in favor of SN Servicing Corporation as Servicer to U.S. Bank Trust, National Association as Trustee of the Cabana Series III Trust as Loss Payee. Once submitted, Movant has fourteen (14) days to provide a new escrow analysis to the Debtor.

The undersigned hereby consent to the form and entry of the foregoing order.

/s/ David A. Colecchia
David A. Colecchia, Esq.
*Attorney for Debtor*

*/s/ Lorraine Gazzara Doyle*
Lorraine Gazzara Doyle, Esq.
*Attorney for Secured Creditor*