FILED
11/5/21 2:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 17-23561-GLT |
| | : | |
| **DAVID LEE JONES,** | : | Chapter 13 |
| | : | |
| *Debtor,* | : | |
| | : | Related to Dkt. No. 167 |
| **DAVID LEE JONES**, | : | |
| | : | |
| *Movant,* | : | |
| | : | |
| SN SERVICING CORPORATION AS SERVICER FOR U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE CABANA SERIES III TRUST | : | Hearing:  December 8, 2021 at 11 a.m. |
| *Respondent,* | : | |

**ORDER TO SHOW CAUSE FOR
 FAILURE TO FILE A STATUS REPORT**

This matter came before the Court upon the Objection to the Notice of Mortgage Payment Change [Dkt. No. 154] filed by Debtor.  The Court entered the default Order dated July 20, 2021 [Dkt. No. 157] directing SN Servicing Corp. ("Respondent") to submit a new escrow analysis to the Debtor within 15 days of the order.  On August 5, 2021, the Court entered a modified order extending the deadline for Respondent to file the new escrow analysis within 45 days [Dkt. No. 165], and a further extension was granted on August 27, 2021.  As a result, the Debtor was required to provide proof of a homeowner's insurance policy by September 26, 2021, and Respondent was to provide a new escrow analysis on or before October 11, 2021.  The Debtor was also required to file a status report by October 18, 2021, but as of this date, nothing has been filed.

It is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. A hearing is set for **December 8, 2021 at 11 a.m.** in Courtroom A, 54th Fl., U.S. Steel Tower, 600 Grant St., Pittsburgh, PA. 15219 at which time counsel for Debtor shall appear to show cause why he should not be held in contempt due to the failure to comply with Court's August 27, 2021 *Order* [Dkt. No. 167].

2. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge-taddionios-video-conference-hearing-information) by no later than **4 p.m.** on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/filed/pdfs/glt-proc.pdf). Parties who fail to timely register for remote participation will be expected to attend the hearing in person.

3. On or before **November 23, 2021**, the Debtor shall file a response.

4. If all necessary corrective action is taken on or before **November 23, 2021**, the Court may consider withdrawing this *Order to Show Cause*.

Dated: November 5, 2021

_____
GREGORY J. TADDONIO    jah
UNITED STATES BANKRUPTCY JUDGE

<u>Case administrator to mail to:</u>
Debtor
David Colecchia, Esq.
Lorraine Gazzara Doyle, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23561-GLT |
| David Lee Jones | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 1 of 2 |
| Date Rcvd: Nov 05, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + David Lee Jones, 43 Marilou Drive, Jeannette, PA 15644-1077 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2021            Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage as servicer for U.S. Bank National Association  not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK  N.A. bnicholas@kmllawgroup.com |
| Brian E. Caine | on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST bcaine@parkermccay.com  BKcourtnotices@parkermccay.com |
| David A. Colecchia | on behalf of Debtor David Lee Jones colecchia542@comcast.net dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us |

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 2 of 2 |
| Date Rcvd: Nov 05, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Kevin M Buttery
    on behalf of Creditor Citibank N.A. kbuttery@rascrane.com

Kevin Scott Frankel
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al pabk@logs.com, logsecf@logs.com

Kristen D. Little
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al pabk@logs.com, klittle@logs.com;logsecf@logs.com

Leslie J. Rase, Esq.
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al pabk@logs.com

Lorraine Gazzara Doyle
    on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust lorraine@mvrlaw.com diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Stephen Russell Franks
    on behalf of Creditor U.S. Bank National Association amps@manleydeas.com

TOTAL: 14