IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: DAVID LEE JONES,<br>        Debtor,<br>DAVID LEE JONES,<br>        Movant,<br>V.<br>SN SERVICING CORPORATION AS SERVICER FOR U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE CABANA SERIES III TRUST,<br>        Respondents,<br>: | Case No. 17-23561-GLT<br>Chapter 13<br>Related to Document No. 171<br>Hearing: December 8, 2021 at 11 a.m. |

**CERTIFICATE OF SERVICE RE: RULE TO SHOW CAUSE AND STATUS REPORT**

      I represent that on November 22, 2021,. I served a copy of the Response to the Rule to Show Cause combined with Status Report filed at Document 171 on the following people. Further, On November 23, 2021 I served a copy of this Certificate of Service on the same parties.

Service by Prepaid United States First Class Mail of Document 171 and 172 on November 23, 2021 is:

David Lee Jones
43 Marilou Dr.
Jeannette, PA 15644-1077

Service by the Court by electronic service of Documents 171 and 172 are

Kevin M Buttery on behalf of Creditor Citibank N.A., kbuttery@rascrane.com

Brian E. Caine on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST
bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

David A. Colecchia on behalf of Debtor David Lee Jones
colecchia542@comcast.net, dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us

Kevin Scott Frankel on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
pabk@logs.com, logsecf@logs.com

Stephen Russell Franks on behalf of Creditor U.S. Bank National Association
amps@manleydeas.com

Lorraine Gazzara Doyle on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust
lorraine@mvrlaw.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Kristen D. Little on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
pabk@logs.com, klittle@logs.com;logsecf@logs.com

Brian Nicholas on behalf of Creditor JPMORGAN CHASE BANK, N.A.
bnicholas@kmllawgroup.com

Brian Nicholas on behalf of Creditor Nationstar Mortgage as servicer for U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X, bnicholas@kmllawgroup.com

Brian Nicholas on behalf of Creditor U.S. Bank National Association, bnicholas@kmllawgroup.com

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

Leslie J. Rase, Esq. on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
pabk@logs.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

                By:    /s/ David A. Colecchia
                        David A. Colecchia
                        Typed Name
                        324 South Maple Avenue, Greensburg, PA 15601
                        Address
                        724-837-2320
                        Phone No.
                        PA ID 71830
                        List Bar I.D. and State of Admission

**PAWB Local Form 7 (07/13)**