| | FILED |
|---|---|
| UNITED STATES BANKRUTPTCY COURT<br>WESTERN DISTRICT OF PENNSYLVANIA | 12/29/21 11:48 am<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |

| | |
|---|---|
| In Re: David Lee Jones | Case No. 17-23561-GLT |
| Debtor, | Related to Dkt. No. 177 |
| U.S. Bank Trust N.A. as Trustee of the Cabana Series III Trust | Notice of Mortgage Payment Change filed 12/7/2021, Claim No. 6. |
| Movant, | |
| v. | |
| David Lee Jones<br>and Ronda J. Winnecour, Chapter 13 Trustee | |
| Respondents, | |

**ORDER OF COURT**

AND NOW, this 29th day of December 2021, upon consideration of Debtor's Motion to Extend Time to the Notice of Notice of Mortgage Payment Change filed by U.S. Bank Trust N.A., as Trustee of the Cabana Series III Trust (hereinafter U.S. Bank) on December 7, 2021, it is hereby ORDERED that Debtor's Motion is GRANTED.

Debtor shall file a response to the Notice of Mortgage Payment Change on or before January 14, 2022.

Prepared by: David A. Colecchia, Esq.

BY THE COURT:

_____  jah
Gregory W. Taddonio
United States Bankruptcy Judge

Case Administrator to serve:
David Colecchia, Esq.
U.S. Bank Trust N.A.
Richard Tracy

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-23561-GLT
David Lee Jones     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: bsil    Page 1 of 2
Date Rcvd: Dec 29, 2021    Form ID: pdf900    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Lee Jones, 43 Marilou Drive, Jeannette, PA 15644-1077 |
| cr | | US Bank Trust National Association as trustee of t, P.O. Box 10675, Greenville, SC 29603-0675 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 31, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2021 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas
     on behalf of Creditor JPMORGAN CHASE BANK  N.A. bnicholas@kmllawgroup.com

Brian Nicholas
     on behalf of Creditor U.S. Bank National Association bnicholas@kmllawgroup.com

Brian Nicholas
     on behalf of Creditor Nationstar Mortgage as servicer for U.S. Bank National Association  not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X bnicholas@kmllawgroup.com

Brian E. Caine
     on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST bcaine@parkermccay.com  BKcourtnotices@parkermccay.com

David A. Colecchia
     on behalf of Debtor David Lee Jones colecchia542@comcast.net

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 2 of 2 |
| Date Rcvd: Dec 29, 2021 | Form ID: pdf900 | Total Noticed: 2 |

dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us

Kevin M Buttery
    on behalf of Creditor Citibank N.A. kbuttery@rascrane.com

Kevin Scott Frankel
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al pabk@logs.com, logsecf@logs.com

Kristen D. Little
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al pabk@logs.com, klittle@logs.com;logsecf@logs.com

Leslie J. Rase, Esq.
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al pabk@logs.com

Lorraine Gazzara Doyle
    on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust lorraine@mvrlaw.com diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard Tracy
    on behalf of Creditor SN Servicing Corporation as servicer for U.S Bank Trust National Association As Trustee of Cabana Series III Trust bankruptcy@friedmanvartolo.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Stephen Russell Franks
    on behalf of Creditor U.S. Bank National Association amps@manleydeas.com

TOTAL: 15