Case 17-23561-GLT    Doc 185    Filed 03/10/22    Entered 03/10/22 13:11:44    Desc Main
Document    Page 1 of 1
FILED
3/10/22 1:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| In re: | : | Case No.: | 17-23561-GLT |
| | : | Chapter: | 13 |
| David Lee Jones | : | | |
| | : | | |
| | : | Date: | 3/9/2022 |
| *Debtor(s).* | : | Time: | 09:30 |

## PROCEEDING MEMO

**MATTER:**
#180 Continued Objection to the Notice of Mortgage Payment Change of U.S. Bank Trust N.A. as Trustee of the Cabana Series III Trust (Claim No. 6)
    #182 - Repy filed by SN Servicing Corporation

**APPEARANCES**:
    Debtor:    Justin Schantz
    SN Servicing:  Lauren Moyer

**NOTES:** [9:55 a.m.]

Schantz: Our objection has been addressed. Attorney Moyer has indicated that we could de-escrow. We need a little more time to know whether this will remain in escrow.

Court: How would that unfold?

Moyer: We could file an amended consent order that would resolve this quickly.

Court: I will give the parties 30 days to file an amended consent order under certification of counsel. After 30 days, it will be deemed that the Debtor is not going to pursue de-escrow and will file an amended plan.

**OUTCOME:**

1. The *Continued Objection to the Notice of Mortgage Payment Change of U.S. Bank Trust N.A. as Trustee of the Cabana Series III Trust (Claim No. 6)* [Dkt. No. 180] is DENIED as WITHDRAWN on the following terms: On or before April 8, 2022, the parties shall file, under certification of counsel, an amended consent order that addresses the de-escrow of Debtor's account. If there is no certification of counsel filed by April 8, 2022, the Court shall deem the Debtor as not pursuing removal of escrow, and the Debtor shall file an amended plan (or an amended confirmation order under stipulation) to address the street light tax and other escrow obligations. [Text Order]

**DATED:** 3/9/2022