## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-23561-GLT |
| David Lee Jones | : | |
| | : | Chapter 13 |
| | : | |
| Debtor(s) | : | |

NOTICE OF
CHANGE OF ADDRESS

Undeliverable Address

     Creditor Name:       Crystal Leah Jones
                                  203 North Second Street, Apt. 4
                                    Jeannette, PA 15644

Corrected Address:

     Creditor Name:       Crystal Leah Jones
     Correct Address:     214 Locust Street
                                    Penn, PA 15675

                                    /s/David A. Colecchia, Esquire
Dated: May 10, 2022                    Law Care
                                    David A. Colecchia and Associates
                                    324 South Maple Ave.
                                    Greensburg, PA 15601
                                    724-837-2320
                                    PA Bar I.D. 71830
                                    dcolecchia@my-lawyers.us