IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 17-23561-GLT |
| David Lee Jones, | Chapter 13 |
| Debtor, | Docket Document No. 198 |
| David Lee Jones, | Related to DD No. |
| Movant, | Related to Claim No. 6 |
| v. | |
| U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust | |
| Respondents. | |

**DECLARATION CONCERNING THE NOTICE OF MORTGAGE PAYMENT CHANGE DATED 11/22/2022**

AND NOW David Lee Jones, through attorney David a. Colecchia, files the following Declaration concerning the November 2, 2022 Notice of Mortgage Payment Change.

The Debtor was to take over direct payments on the mortgage as of October 2022, and the Trustee is no longer making direct payments on the same. As a result, the Notice is moot.

Dated: 12/27/2022

Respectfully Submitted,
/s/David A. Colecchia
David A. Colecchia, Esquire
Attorney for the Debtor
PA.I.D.No. 71830
David A. Colecchia and Associates
324 South Maple Avenue
Greensburg, PA 15601
(724)-837-2320
colecchia542@comcast.net