UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: David Lee Jones,<br>　　　　Debtor | Bankruptcy Case No.: 17-23561<br><br>Chapter: 13 |
| David Lee Jones<br>　　　　Movant<br><br>　　　　**vs.** | Docket Document No. 203<br>Related to Docket No. 201-202<br>Hearing Date and Time: April 5, 2023<br><br>Response Date: March 7, 2023 |
| AmeriCredit/GM Financial, Berks Credit and Collections, Capital One, Credit Acceptance, Collection Services Center, Credit One Bank N.A., Crystal Leah Jones, Fingerhut, First Premier Bank, Manley Deas Kochalski, LLC, David Lee Jones, Laure Moyer, Friedman Vartolo, LLP, Pennsylvania Department of Revenue, Portfolio Recovery Associates, LLC, Valerie Jones, Creditor Peoples Natural Gas Company LLC, Creditor SN Servicing Corporation as servicer for U.S Bank Trust National Association As Trustee of Cabana Series III Trust, Nationstar Mortgage LLC d/b/a Mr. Cooper, et al, U.S. Bank National Association, U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST, JPMORGAN CHASE BANK, N.A., and Rhonda J. Winnecour chapter 13 Trustee | |

**CERTIFICATE OF NO OBJECTION REGARDING COUNSELS'S FINAL APPLICATION FOR COMPENSATION**

The undersigned hereby represents that, as of March 24, 2023, no answer, objection, or other responsive pleading to the Amended Motion for Final Compensation filed at Docket Document 201 and served on February 17, 2023. The undersigned further certifies that the Court's docket in this case was reviewed March 24, 2023, at approximately 2:10 P.M and no answer to it appears thereon.  Pursuant to the Hearing notice filed on February 17, 2023, at Docket Document No.202 objections to the Debtors' Motion were to be filed and served no later than March 6, 2023. It is hereby respectfully requested that the Proposed Order of Court filed at Docket Document 201-11 is granted.

Dated: March 24, 2023,　　　　　　　By:　　/s/David A. Colecchia
　　　　　　　　　　　　　　　　　　　　　David A. Colecchia, Esquire
　　　　　　　　　　　　　　　　　　　　　Law Care
　　　　　　　　　　　　　　　　　　　　　324 S. Maple Ave.
　　　　　　　　　　　　　　　　　　　　　Greensburg, PA 15601-3219
　　　　　　　　　　　　　　　　　　　　　(724) 837-2320
　　　　　　　　　　　　　　　　　　　　　PA ID No. 71830
　　　　　　　　　　　　　　　　　　　　　Colecchia542@comcast.net