**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/6/23 2:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-23561-GLT |
| | : | Chapter: | 13 |
| David Lee Jones | : | | |
| | : | | |
| | : | Date: | 4/5/2023 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**    #201 Amended Application for Compensation for David A. Colecchia, Debtor's Attorney, Period: 9/3/2017 to 2/17/2023

#203 CNO Filed

**APPEARANCES**:
   Debtor:    Justin Schantz
   Trustee:    James Warmbrodt

**NOTES:**    [2:02]

*hearing held

**OUTCOME:**

1) For the reasons stated on the record, the *Amended Application for Final Compensation* [Dkt. No. 201] is GRANTED subject to modifications. [Chambers to prepare modified order].

**DATED:** 4/5/2023