```
                                                    FILED
                                                    4/10/23 3:25 pm
                                                    CLERK
        IN THE UNITED STATES BANKRUPTCY COURT       U.S. BANKRUPTCY
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA     COURT - WDPA
```

|  |  |
|---|---|
| In re: | Case No. 17-23561-GLT |
| **DAVID LEE JONES**, | Chapter 13 |
| *Debtor.* | |
| **DAVID LEE JONES**, | Related to Dkt. No. 201 |
| *Movant,* | |
| v. | |
| AmeriCredit/GM Financial, Berks Credit and Collections, Capital One, Credit Acceptance, Collection Services Center, Credit One Bank N.A., Crystal Leah Jones, Fingerhut, First Premier Bank, Manley Deas Kochalski, LLC, David Lee Jones, Laure Moyer, Friedman Vartolo, LLP, Pennsylvania Department of Revenue, Portfolio Recovery Associates, LLC, Valerie Jones, Creditor Peoples Natural Gas Company LLC, Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association As Trustee of Cabana Series III Trust, Nationstar Mortgage LLC d/b/a Mr. Cooper, et al, U.S. Bank National Association, U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST, JPMORGAN CHASE BANK, N.A., and Ronda J. Winnecour Chapter 13 Trustee | |
| *Respondents.* | |

## ORDER APPROVING FEE APPLICATION AS MODIFIED

This matter came before the Court upon the *Amended Application for Final Compensation for Main Case* (the "Amended Application") [Dkt. No. 201]. The Amended

Application requests approval of $4,291.50 in fees and $80 in costs. No timely objection to the Amended Application was filed. The Court conducted a hearing on the matter on April 5, 2023.

Although the Amended Application corrects errors made in the initial *Application for Final Compensation* [Dkt. No. 196], the Court still finds it difficult to discern the total fees and costs owed and reconcile them against the attached invoices. While the Court takes no issue with the reasonableness of the charges, it is critical that fee applications be easy to understand. This is not only helpful for the Court's own review, but it also importantly affords the debtor a meaningful opportunity to review the charges. During the April 5, 2023 hearing, Attorney Justin Schantz and the Court walked through the Amended Application together. It was determined that the total amount of allowable compensation owed is $4,291.50. This number represents $9,211.50 in fees and $390 in costs, less $5,310 already paid.

Based on the foregoing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Amended Application is **APPROVED** as modified, for the total amount of **$4,291.50** for services rendered on behalf of the Debtor, representing $9,211.50 in fees and $390 in costs, less $5,310 already paid.

Any fee balance approved by this *Order*, beyond the amounts approved in prior confirmed plans, shall be paid after, and shall not reduce any monies due to creditors under the confirmed plan including the distribution to unsecured creditors up to the plan base. To the extent that funds have been paid by or on behalf of the Debtor beyond the plan base, the chapter 13 trustee is authorized to increase the plan base to be used solely to pay the attorney fees and costs approved by this *Order*.

The Clerk shall record the total award of compensation in the amount of $4,291.50.

Dated: April 10, 2023

_____
GREGORY TADDONIO  jah
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
David Lee Jones  
    Debtor

Case No. 17-23561-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Apr 10, 2023      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Lee Jones, 43 Marilou Drive, Jeannette, PA 15644-1077 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage as servicer for U.S. Bank National Association not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK N.A. bnicholas@kmllawgroup.com |
| Brian E. Caine | on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| David A. Colecchia | on behalf of Debtor David Lee Jones colecchia542@comcast.net dcolecchia@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Apr 10, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Kevin M Buttery
    on behalf of Creditor Citibank N.A. kbuttery@rascrane.com

Kevin Scott Frankel
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al pabk@logs.com, logsecf@logs.com

Kristen D. Little
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al kdlittleecf@gmail.com

Lauren Moyer
    on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust lmoyer@friedmanvartolo.com bankruptcy@friedmanvartolo.com

Leslie J. Rase, Esq.
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al pabk@logs.com

Lorraine Gazzara Doyle
    on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust ldoyle@logs.com  logsecf@logs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard James Tracy, III
    on behalf of Creditor SN Servicing Corporation as servicer for U.S Bank Trust National Association As Trustee of Cabana Series III Trust richard.tracy.iii@gmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Stephen Russell Franks
    on behalf of Creditor U.S. Bank National Association amps@manleydeas.com

TOTAL: 16