**Fill in this information to identify the case:**

Debtor 1 __David Lee Jones_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Western__ District of __Pennsylvania__
(State)

Case number __17-23561-GLT__

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust

**Court claim no.** (if known): 6-1

**Last 4 digits** of any number you use to identify the debtor's account: 8 0 4 8

**Property address:** 43 Marilou Drive, Jeannette, PA 15644
Number  Street

_____

Jeannette   PA   15644
City   State   ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: __05__ / __01__ / __2023__
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:  (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:  + (b) $ _____

c. **Total**. Add lines a and b.  (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:  ___/____/_____
MM / DD / YYYY

| Debtor 1 | David Lee Jones | Case number (*if known*) 17-23561-GLT |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ◼ all payments received;
- ◼ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ◼ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/ Lauren Moyer                                Date 05 / 02 / 2023
Signature

Print: Lauren Moyer     Title _____
        First Name  Middle Name  Last Name

Company: Friedman Vartolo LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 1325 Franklin Avenue, Suite 160
         Number       Street

Garden City        NY        11530
City               State     ZIP Code

Contact phone ( 212 ) 471- 5100        Email Bankruptcy@friedmanvartolo.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

-----------------------------------------------------------------X

| | |
|---|---|
| IN RE: | CASE NO.: 17-23561-GLT |
| | CHAPTER: 13 |
| David Lee Jones, | |
| | **CERTIFICATE OF SERVICE** |
| Debtor. | |
| | HON. JUDGE.: Gregory L Taddonio |

-----------------------------------------------------------------X

**CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE**

The undersigned counsel for SN Servicing Corporation as servicer for U.S Bank Trust National Association As Trustee of Cabana Series III Trust ("Secured Creditor") certify that, on the date stated hereon, I caused to be served a copy of the Notice of Appearance filed on behalf of Secured Creditor on the parties in the manner specified on the attached service list.

The type(s) of service made on the parties was: electronic notification or first-class mail, postage pre-paid. Where service is by electronic notification, the address of the party is listed for identification purposes only.

EXECUTED ON: May 2, 2023
                Garden City, New York

    FRIEDMAN VARTOLO, LLP.

    By: /s/ *Lauren Moyer*
    Lauren Moyer, Esq.
    FRIEDMAN VARTOLO LLP
    Attorneys for Movant
    1325 Franklin Avenue, Suite 160
    Garden City, New York 11530
    T: (212) 471-5100
    F: (212) 471-5150
    Bankruptcy@FriedmanVartolo.com

### Service by NEF

**Trustee**
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

**Debtor's Counsel**
David A. Colecchia
Law Care
324 South Maple Avenue
Greensburg, PA 15601-3219

**U.S. Trustee**
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

### Service by First-Class Mail

**Debtor**
David Lee Jones
43 Marilou Drive
Jeannette, PA 15644