Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **David Lee Jones** | : | Case No. 17−23561−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 210 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 8/9/23 at 11:00 AM |
| | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 26th of May, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 210 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) *On or before July 10, 2023*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *August 9, 2023 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23561-GLT |
| David Lee Jones | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: May 26, 2023 | Form ID: 604 | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Lee Jones, 43 Marilou Drive, Jeannette, PA 15644-1077 |
| cr | + | SN Servicing Corporation as Servicer for U.S. Bank, c/o Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 14687389 | | Collection Services Center, Corporate Office, P.O. Box 560, New Kensington, PA 15068-0560 |
| 14687393 | + | Crystal Leah Jones, 214 Locust Street, Penn, PA 15675-9506 |
| 14959222 | | US Bank Trust National Association as trustee of t, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14687398 | + | Valerie Jones, 221 East Avenue, West Mifflin, PA 15122-3013 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | May 27 2023 00:44:00 | Citibank N.A., Robertson Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | May 27 2023 00:45:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, et al, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 27 2023 00:44:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | ^ | MEBN | May 27 2023 00:37:54 | SN Servicing Corporation as Servicer for U.S. Bank, c/o Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | ^ | MEBN | May 27 2023 00:38:48 | SN Servicing Corporation as servicer for U.S Bank, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14687385 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 27 2023 00:45:00 | AmeriCredit/GM Financial, Po Box 183853, Arlington, TX 76096-3853 |
| 14687386 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | May 27 2023 00:46:00 | Berks Credit & Collections, 900 Corporate Drive, Reading, PA 19605-3340 |
| 14687387 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 27 2023 01:27:15 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14753890 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 27 2023 00:45:00 | Citibank, N.A., Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas TX 75261-9096 |
| 14687389 | ^ | MEBN | May 27 2023 00:39:07 | Collection Services Center, Corporate Office, P.O. Box 560, New Kensington, PA 15068-0560 |
| 14687391 | + | Email/Text: ebnnotifications@creditacceptance.com | May 27 2023 00:44:00 | Credit Acceptance, P.O. Box 5142, Southfield, MI 48086-5142 |
| 14687390 | + | Email/Text: ebnnotifications@creditacceptance.com | May 27 2023 00:44:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |

Case 17-23561-GLT  Doc 213  Filed 05/28/23  Entered 05/29/23 00:34:35  Desc
Imaged Certificate of Notice  Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 26, 2023 | Form ID: 604 | Total Noticed: 28 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14687392 | + | Email/PDF: creditonebknotifications@resurgent.com | May 27 2023 01:26:45 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14687394 | + | Email/Text: bnc-bluestem@quantum3group.com | May 27 2023 00:46:00 | Fingerhut, 6250 Ridgewood Rd, St Cloud, MN 56303-0820 |
| 14687395 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 27 2023 00:59:22 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14687388 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 27 2023 00:59:46 | Chase Automotive Finance, 14800 Frye Road, Ft. Worth, TX 76155 |
| 14733988 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 27 2023 01:13:34 | JPMorgan Chase Bank, N.A., PO BOX 29505 AZ1-1191, Phoenix, AZ 85038 |
| 14748430 | | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2023 01:12:14 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14687397 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 27 2023 00:45:00 | Nationstar Mortgage, P.O. Box 619098, ATTN: Customer Relations Officer, Dallas, TX 75261-9098 |
| 14687396 | | Email/Text: nsm_bk_notices@mrcooper.com | May 27 2023 00:45:00 | Nationstar Mortgage, P.O. Box 60516, City of Industry, CA 91716-0516 |
| 14725918 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2023 00:59:24 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15396708 | ^ | MEBN | May 27 2023 00:36:54 | U.S. Bank Trust National Association as, Trustee of the Cabana Series III Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 15396407 | ^ | MEBN | May 27 2023 00:36:59 | U.S. Bank Trust National Association as Trustee, of the Cabana Series III Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14986829 | + | Email/Text: bankruptcy@bsifinancial.com | May 27 2023 00:45:00 | U.S. Bank Trust National Association, as Trustee, of Cabana Series III Trust, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038-2480 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, N.A. |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Nationstar Mortgage as servicer for U.S. Bank Nati |
| cr | | U.S. Bank National Association |
| cr | | US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF C |
| cr | * | US Bank Trust National Association as trustee of t, P.O. Box 10675, Greenville, SC 29603-0675 |

TOTAL: 5 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 26, 2023 | Form ID: 604 | Total Noticed: 28 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 28, 2023         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage as servicer for U.S. Bank National Association not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association bnicholas@kmllawgroup.com |
| Brian E. Caine | on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| David A. Colecchia | on behalf of Debtor David Lee Jones colecchia542@comcast.net dcolecchia@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us |
| Kevin M Buttery | on behalf of Creditor Citibank N.A. kbuttery@rascrane.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al pabk@logs.com, logsecf@logs.com |
| Kristen D. Little | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al kdlittleecf@gmail.com |
| Lauren Moyer | on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust lmoyer@friedmanvartolo.com bankruptcy@friedmanvartolo.com |
| Leslie J. Rase, Esq. | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al pabk@logs.com |
| Lorraine Gazzara Doyle | on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust ldoyle@logs.com logsecf@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard James Tracy, III | on behalf of Creditor SN Servicing Corporation as servicer for U.S Bank Trust National Association As Trustee of Cabana Series III Trust richard.tracy.iii@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |
| Stephen Russell Franks | on behalf of Creditor U.S. Bank National Association amps@manleydeas.com |

TOTAL: 16