**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| DAVID LEE JONES | Case No.:17-23561 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>  vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 25, 2023

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 09/03/2017  and confirmed on 12/7/17 .  The case was subsequently
Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 68,442.91 |
| Less Refunds to Debtor | 1,411.01 | |
| TOTAL AMOUNT OF PLAN FUND | | 67,031.90 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 8,901.50 | |
|   Trustee Fee | 2,935.60 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,837.10 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK TRUST NA - TRUSTEE OF CHAL[ | 0.00 | 36,786.32 | 0.00 | 36,786.32 |
|   Acct: 8048 | | | | |
| US BANK TRUST NA - TRUSTEE OF CHAL[ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 8048 | | | | |
| US BANK TRUST NA - TRUSTEE OF CHAL[ | 18,408.48 | 18,408.48 | 0.00 | 18,408.48 |
|   Acct: 8048 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1050 | | | | |
| CREDIT ACCEPTANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9573 | | | | |
| | | | | 55,194.80 |
| **Priority** | | | | |
| DAVID A COLECCHIA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DAVID LEE JONES | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DAVID LEE JONES | 1,411.01 | 1,411.01 | 0.00 | 0.00 |
|   Acct: | | | | |
| LAW CARE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DAVID A COLECCHIA ESQ | 3,610.00 | 3,610.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DAVID A COLECCHIA ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DAVID A COLECCHIA ESQ | 4,291.50 | 4,291.50 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX7-23 | | | | |
| * * * N O N E * * * | | | | |
| **Unsecured** | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9481 | | | | |
| BERKS CREDIT & COLLECTIONS INC*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 8326 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 282.88 | 0.00 | 0.00 | 0.00 |

17-23561                                                                                    Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 4578 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: GPIB | | | | |
| CREDIT ACCEPTANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9573 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 649.39 | 0.00 | 0.00 | 0.00 |
| Acct: 6793 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 405.51 | 0.00 | 0.00 | 0.00 |
| Acct: 4502 | | | | |
| FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5543 | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5675 | | | | |
| VALERIE JONES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALDRIDGE PITE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CRYSTAL LEAH JONES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RAS CRANE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEPHEN R FRANKS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TUCKER ARENSBERG PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PARKER MCCAY PA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FRIEDMAN VARTOLO LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                          55,194.80

TOTAL CLAIMED
PRIORITY            0.00
SECURED        18,408.48
UNSECURED       1,337.78

Date: 05/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    DAVID LEE JONES

         Debtor(s)

    Ronda J. Winnecour
         Movant
        vs.
    No Repondents.

Case No.:17-23561

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23561-GLT |
| David Lee Jones | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: May 26, 2023 | Form ID: pdf900 | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Lee Jones, 43 Marilou Drive, Jeannette, PA 15644-1077 |
| cr | + | SN Servicing Corporation as Servicer for U.S. Bank, c/o Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 14687389 | | Collection Services Center, Corporate Office, P.O. Box 560, New Kensington, PA 15068-0560 |
| 14687393 | + | Crystal Leah Jones, 214 Locust Street, Penn, PA 15675-9506 |
| 14959222 | | US Bank Trust National Association as trustee of t, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14687398 | + | Valerie Jones, 221 East Avenue, West Mifflin, PA 15122-3013 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | May 27 2023 00:44:00 | Citibank N.A., Robertson Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | May 27 2023 00:45:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, et al, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 27 2023 00:44:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | ^ | MEBN | May 27 2023 00:37:56 | SN Servicing Corporation as Servicer for U.S. Bank, c/o Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | ^ | MEBN | May 27 2023 00:38:46 | SN Servicing Corporation as servicer for U.S Bank, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14687385 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 27 2023 00:45:00 | AmeriCredit/GM Financial, Po Box 183853, Arlington, TX 76096-3853 |
| 14687386 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | May 27 2023 00:46:00 | Berks Credit & Collections, 900 Corporate Drive, Reading, PA 19605-3340 |
| 14687387 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 27 2023 01:27:01 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14753890 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 27 2023 00:45:00 | Citibank, N.A., Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas TX 75261-9096 |
| 14687389 | ^ | MEBN | May 27 2023 00:39:10 | Collection Services Center, Corporate Office, P.O. Box 560, New Kensington, PA 15068-0560 |
| 14687391 | + | Email/Text: ebnnotifications@creditacceptance.com | May 27 2023 00:44:00 | Credit Acceptance, P.O. Box 5142, Southfield, MI 48086-5142 |
| 14687390 | + | Email/Text: ebnnotifications@creditacceptance.com | May 27 2023 00:44:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 26, 2023 | Form ID: pdf900 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| 14687392 | + | Email/PDF: creditonebknotifications@resurgent.com | May 27 2023 00:58:54 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14687394 | + | Email/Text: bnc-bluestem@quantum3group.com | May 27 2023 00:46:00 | Fingerhut, 6250 Ridgewood Rd, St Cloud, MN 56303-0820 |
| 14687395 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 27 2023 00:59:49 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14687388 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 27 2023 01:13:26 | Chase Automotive Finance, 14800 Frye Road, Ft. Worth, TX 76155 |
| 14733988 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 27 2023 01:27:02 | JPMorgan Chase Bank, N.A., PO BOX 29505 AZ1-1191, Phoenix, AZ 85038 |
| 14748430 | | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2023 00:58:58 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14687397 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 27 2023 00:45:00 | Nationstar Mortgage, P.O. Box 619098, ATTN: Customer Relations Officer, Dallas, TX 75261-9098 |
| 14687396 | | Email/Text: nsm_bk_notices@mrcooper.com | May 27 2023 00:45:00 | Nationstar Mortgage, P.O. Box 60516, City of Industry, CA 91716-0516 |
| 14725918 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2023 01:13:10 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15396708 | ^ | MEBN | May 27 2023 00:36:55 | U.S. Bank Trust National Association as, Trustee of the Cabana Series III Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 15396407 | ^ | MEBN | May 27 2023 00:37:01 | U.S. Bank Trust National Association as Trustee, of the Cabana Series III Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14986829 | + | Email/Text: bankruptcy@bsifinancial.com | May 27 2023 00:45:00 | U.S. Bank Trust National Association, as Trustee, of Cabana Series III Trust, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038-2480 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, N.A. |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Nationstar Mortgage as servicer for U.S. Bank Nati |
| cr | | U.S. Bank National Association |
| cr | | US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF C |
| cr | * | US Bank Trust National Association as trustee of t, P.O. Box 10675, Greenville, SC 29603-0675 |

TOTAL: 5 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: May 26, 2023 | Form ID: pdf900 | Total Noticed: 28

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2023                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage as servicer for U.S. Bank National Association  not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK  N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association bnicholas@kmllawgroup.com |
| Brian E. Caine | on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST bcaine@parkermccay.com  BKcourtnotices@parkermccay.com |
| David A. Colecchia | on behalf of Debtor David Lee Jones colecchia542@comcast.net dcolecchia@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us |
| Kevin M Buttery | on behalf of Creditor Citibank N.A. kbuttery@rascrane.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al pabk@logs.com, logsecf@logs.com |
| Kristen D. Little | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al kdlittleecf@gmail.com |
| Lauren Moyer | on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust lmoyer@friedmanvartolo.com  bankruptcy@friedmanvartolo.com |
| Leslie J. Rase, Esq. | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al pabk@logs.com |
| Lorraine Gazzara Doyle | on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust ldoyle@logs.com  logsecf@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard James Tracy, III | on behalf of Creditor SN Servicing Corporation as servicer for U.S Bank Trust National Association As Trustee of Cabana Series III Trust richard.tracy.iii@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |
| Stephen Russell Franks | on behalf of Creditor U.S. Bank National Association amps@manleydeas.com |

TOTAL: 16