IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 17-23561-GLT |
| David Lee Jones, | Chapter 13 |
| Debtor, | Docket Document No.  221<br>Related to DD No. |
| David Lee Jones, | |
| Movant, | |
| v. | |
| Ronda J. Winnecour, Chapter 13 Trustee, Portfolio Recovery Associates, LLC, LVNV Funding LLC, | |

### CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:

   The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.  The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f) (1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. Per order of Court at DD No. 220, the debtor has been excused from compliance with Federal Rule of Bankruptcy Procedure by operation 11 11 USC §§109(h)(4) and 1328(g)(2).

This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* Undersigned Counsel duly questioned the executor of the deceased Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated:  08/04/2023                                    /s/David A. Colecchia
                                                                  David A. Colecchia, Esquire
                                                                  David A. Colecchia and Associates
                                                                  Law Care
                                                                  324 S. Maple Ave.
                                                                  Greensburg, PA 15601-3219
                                                                  724-837-2320
                                                                  724-837-0602(fax)
                                                                  jschantz@my-lawyers.us
                                                                  PA I.D. No. 210198