| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | David Lee Jones<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–9695<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 17–23561–GLT | |

# Order of Discharge                                                                                        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   David Lee Jones

   8/8/23                                                                    **By the court:** Gregory L Taddonio
                                                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-23561-GLT
David Lee Jones     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Aug 08, 2023     Form ID: 3180W     Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Lee Jones, 43 Marilou Drive, Jeannette, PA 15644-1077 |
| 14687393 | + | Crystal Leah Jones, 214 Locust Street, Penn, PA 15675-9506 |
| 14959222 | | US Bank Trust National Association as trustee of t, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14687398 | + | Valerie Jones, 221 East Avenue, West Mifflin, PA 15122-3013 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Aug 09 2023 03:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 09 2023 02:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 09 2023 03:27:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 09 2023 02:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 09 2023 02:07:00 | Citibank N.A., Robertson Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 09 2023 02:07:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, et al, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 09 2023 02:07:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | ^ | MEBN | Aug 08 2023 23:28:37 | SN Servicing Corporation as Servicer for U.S. Bank, c/o Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | ^ | MEBN | Aug 08 2023 23:28:00 | SN Servicing Corporation as servicer for U.S Bank, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14687385 | + | EDI: PHINAMERI.COM | Aug 09 2023 03:27:00 | AmeriCredit/GM Financial, Po Box 183853, Arlington, TX 76096-3853 |
| 14687386 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Aug 09 2023 02:08:00 | Berks Credit & Collections, 900 Corporate Drive, Reading, PA 19605-3340 |

Case 17-23561-GLT   Doc 226   Filed 08/10/23   Entered 08/11/23 00:26:16   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Aug 08, 2023 | Form ID: 3180W | Total Noticed: 30 |

| | | | | |
| --- | --- | --- | --- | --- |
| 14687387 | + | EDI: CAPITALONE.COM | Aug 09 2023 03:27:00 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14753890 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 09 2023 02:07:00 | Citibank, N.A., Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas TX 75261-9096 |
| 14687389 | ^ | MEBN | Aug 08 2023 23:28:18 | Collection Services Center, Corporate Office, P.O. Box 560, New Kensington, PA 15068-0560 |
| 14687391 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 09 2023 02:07:00 | Credit Acceptance, P.O. Box 5142, Southfield, MI 48086-5142 |
| 14687390 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 09 2023 02:07:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 14687392 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 09 2023 00:06:34 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14687394 | + | EDI: BLUESTEM | Aug 09 2023 03:27:00 | Fingerhut, 6250 Ridgewood Rd, St Cloud, MN 56303-0820 |
| 14687395 | + | EDI: AMINFOFP.COM | Aug 09 2023 03:27:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14687388 | | EDI: JPMORGANCHASE | Aug 09 2023 03:27:00 | Chase Automotive Finance, 14800 Frye Road, Ft. Worth, TX 76155 |
| 14733988 | | EDI: JPMORGANCHASE | Aug 09 2023 03:27:00 | JPMorgan Chase Bank, N.A., PO BOX 29505 AZ1-1191, Phoenix, AZ 85038 |
| 14748430 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 09 2023 01:03:08 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14687397 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 09 2023 02:07:00 | Nationstar Mortgage, P.O. Box 619098, ATTN: Customer Relations Officer, Dallas, TX 75261-9098 |
| 14687396 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 09 2023 02:07:00 | Nationstar Mortgage, P.O. Box 60516, City of Industry, CA 91716-0516 |
| 14725918 | | EDI: PRA.COM | Aug 09 2023 03:27:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15396708 | ^ | MEBN | Aug 08 2023 23:26:55 | U.S. Bank Trust National Association as, Trustee of the Cabana Series III Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 15396407 | ^ | MEBN | Aug 08 2023 23:26:57 | U.S. Bank Trust National Association as Trustee, of the Cabana Series III Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14986829 | + | Email/Text: bankruptcy@bsifinancial.com | Aug 09 2023 02:07:00 | U.S. Bank Trust National Association, as Trustee, of Cabana Series III Trust, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038-2480 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | JPMORGAN CHASE BANK, N.A. |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Nationstar Mortgage as servicer for U.S. Bank Nati |
| cr | | U.S. Bank National Association |
| cr | | US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF C |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 08, 2023 | Form ID: 3180W | Total Noticed: 30 |

cr     *     US Bank Trust National Association as trustee of t, P.O. Box 10675, Greenville, SC 29603-0675

TOTAL: 5 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2023          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2023 at the address(es) listed below:

**Name**        **Email Address**

Brian Nicholas
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor U.S. Bank National Association bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor Nationstar Mortgage as servicer for U.S. Bank National Association  not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X bnicholas@kmllawgroup.com

Brian E. Caine
    on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST bcaine@parkermccay.com  BKcourtnotices@parkermccay.com

David A. Colecchia
    on behalf of Debtor David Lee Jones colecchia542@comcast.net
    dcolecchia@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;LawCareECF@gmail.com

Kevin M Buttery
    on behalf of Creditor Citibank N.A. kbuttery@rascrane.com

Kevin Scott Frankel
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al pabk@logs.com, logsecf@logs.com

Kristen D. Little
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al KRLITTLE@FIRSTAM.COM

Lauren Moyer
    on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust lmoyer@friedmanvartolo.com  bankruptcy@friedmanvartolo.com

Leslie J. Rase, Esq.
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al pabk@logs.com

Lorraine Gazzara Doyle
    on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust ldoyle@logs.com  logsecf@logs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard James Tracy, III
    on behalf of Creditor SN Servicing Corporation as servicer for U.S Bank Trust National Association As Trustee of Cabana Series III Trust richard.tracy.iii@gmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Aug 08, 2023 | Form ID: 3180W | Total Noticed: 30

S. James Wallace
                on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Stephen Russell Franks
                on behalf of Creditor U.S. Bank National Association amps@manleydeas.com

TOTAL: 16