IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/8/23 8:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
DAVID LEE JONES

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:17-23561

Chapter 13

Related to Docket No. 210

ORDER OF COURT

AND NOW, this ___ 8th Day of August, 2023 ___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
David Lee Jones  
    Debtor

Case No. 17-23561-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Aug 08, 2023      Form ID: pdf900      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Lee Jones, 43 Marilou Drive, Jeannette, PA 15644-1077 |
| 14687393 | + | Crystal Leah Jones, 214 Locust Street, Penn, PA 15675-9506 |
| 14959222 | | US Bank Trust National Association as trustee of t, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14687398 | + | Valerie Jones, 221 East Avenue, West Mifflin, PA 15122-3013 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Aug 09 2023 02:07:00 | Citibank N.A., Robertson Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 09 2023 02:07:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, et al, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 09 2023 02:07:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | ^ | MEBN | Aug 08 2023 23:28:38 | SN Servicing Corporation as Servicer for U.S. Bank, c/o Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | ^ | MEBN | Aug 08 2023 23:28:05 | SN Servicing Corporation as servicer for U.S Bank, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14687385 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 09 2023 02:08:00 | AmeriCredit/GM Financial, Po Box 183853, Arlington, TX 76096-3853 |
| 14687386 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Aug 09 2023 02:08:00 | Berks Credit & Collections, 900 Corporate Drive, Reading, PA 19605-3340 |
| 14687387 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 09 2023 01:35:20 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14753890 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 09 2023 02:07:00 | Citibank, N.A., Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas TX 75261-9096 |
| 14687389 | ^ | MEBN | Aug 08 2023 23:28:21 | Collection Services Center, Corporate Office, P.O. Box 560, New Kensington, PA 15068-0560 |
| 14687391 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 09 2023 02:07:00 | Credit Acceptance, P.O. Box 5142, Southfield, MI 48086-5142 |
| 14687390 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 09 2023 02:07:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 14687392 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 09 2023 01:35:15 | Credit One Bank Na, Po Box 98873, Las Vegas, |

Case 17-23561-GLT  Doc 227  Filed 08/10/23  Entered 08/11/23 00:26:16  Desc
Imaged Certificate of Notice  Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 08, 2023 | Form ID: pdf900 | Total Noticed: 28 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | NV 89193-8873 |
| 14687394 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 09 2023 02:08:00 | Fingerhut, 6250 Ridgewood Rd, St Cloud, MN 56303-0820 |
| 14687395 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 09 2023 01:35:23 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14687388 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 09 2023 00:42:38 | Chase Automotive Finance, 14800 Frye Road, Ft. Worth, TX 76155 |
| 14733988 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 08 2023 23:47:19 | JPMorgan Chase Bank, N.A., PO BOX 29505 AZ1-1191, Phoenix, AZ 85038 |
| 14748430 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 09 2023 00:42:42 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14687397 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 09 2023 02:07:00 | Nationstar Mortgage, P.O. Box 619098, ATTN: Customer Relations Officer, Dallas, TX 75261-9098 |
| 14687396 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 09 2023 02:07:00 | Nationstar Mortgage, P.O. Box 60516, City of Industry, CA 91716-0516 |
| 14725918 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 09 2023 00:42:44 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15396708 | ^ | MEBN | Aug 08 2023 23:27:01 | U.S. Bank Trust National Association as, Trustee of the Cabana Series III Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 15396407 | ^ | MEBN | Aug 08 2023 23:27:05 | U.S. Bank Trust National Association as Trustee, of the Cabana Series III Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14986829 | + | Email/Text: bankruptcy@bsifinancial.com | Aug 09 2023 02:07:00 | U.S. Bank Trust National Association, as Trustee, of Cabana Series III Trust, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038-2480 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, N.A. |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Nationstar Mortgage as servicer for U.S. Bank Nati |
| cr | | U.S. Bank National Association |
| cr | | US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF C |
| cr | * | US Bank Trust National Association as trustee of t, P.O. Box 10675, Greenville, SC 29603-0675 |

TOTAL: 5 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Aug 08, 2023 | Form ID: pdf900 | Total Noticed: 28 |

Date: Aug 10, 2023        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2023 at the address(es) listed below:**

**Name**        **Email Address**

Brian Nicholas
            on behalf of Creditor JPMORGAN CHASE BANK  N.A. bnicholas@kmllawgroup.com

Brian Nicholas
            on behalf of Creditor U.S. Bank National Association bnicholas@kmllawgroup.com

Brian Nicholas
            on behalf of Creditor Nationstar Mortgage as servicer for U.S. Bank National Association  not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X bnicholas@kmllawgroup.com

Brian E. Caine
            on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST bcaine@parkermccay.com  BKcourtnotices@parkermccay.com

David A. Colecchia
            on behalf of Debtor David Lee Jones colecchia542@comcast.net dcolecchia@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;LawCareECF@gmail.com

Kevin M Buttery
            on behalf of Creditor Citibank N.A. kbuttery@rascrane.com

Kevin Scott Frankel
            on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al pabk@logs.com, logsecf@logs.com

Kristen D. Little
            on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al KRLITTLE@FIRSTAM.COM

Lauren Moyer
            on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust lmoyer@friedmanvartolo.com  bankruptcy@friedmanvartolo.com

Leslie J. Rase, Esq.
            on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al pabk@logs.com

Lorraine Gazzara Doyle
            on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust ldoyle@logs.com  logsecf@logs.com

Office of the United States Trustee
            ustpregion03.pi.ecf@usdoj.gov

Richard James Tracy, III
            on behalf of Creditor SN Servicing Corporation as servicer for U.S Bank Trust National Association As Trustee of Cabana Series III Trust richard.tracy.iii@gmail.com

Ronda J. Winnecour
            cmecf@chapter13trusteewdpa.com

S. James Wallace
            on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Stephen Russell Franks
            on behalf of Creditor U.S. Bank National Association amps@manleydeas.com


TOTAL: 16