**Fill in this information to identify the case:**

Debtor 1: David Lee Jones

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number: 17-23561-GLT

Official Form 410S1

# Notice of Mortgage Payment Change            12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, et al.

**Court claim no.** (if known): 6-1

**Last 4 digits** of any number you use to identify the debtor's account: 2 3 6 9

**Date of payment change:** Must be at least 21 days after date of this notice: 07/01/2020

**New total payment:** Principal, interest, and escrow, if any: $ 549.60

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 283.22        New escrow payment: $ 142.33

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $ _____        New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____        New mortgage payment: $ _____

| Debtor 1 | David Lee Jones | | Case number (*if known*) 17-23561-GLT |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Jillian Nolan Snider
Signature

Date 06/08/2020

| Print: | Jillian Nolan Snider | Title | Attorney |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

Company: Tucker Arensberg, P.C.

Address: 1500 One PPG Place
Number    Street

Pittsburgh    PA    15222
City    State    ZIP Code

Contact phone (412) 566-1212

Email jsnider@tuckerlaw.co



**BSI Financial Services**

314 S Franklin St / Second Floor
PO Box 517
Titusville PA 16354
800-327-7861
814-260-4159 Fax
www.bsifinancial.com

VALERIE J JONES
DAVID L JONES
43 MARILOU DR
JEANNETTE        PA 15644

YOUR LOAN NUMBER:     2369

DATE: 06/03/20

*** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING    07/20 THROUGH    06/21.
------- ANTICIPATED PAYMENTS FROM ESCROW -    07/20 THROUGH    06/21 -------
          HOMEOWNERS INS              1708.00

          TOTAL PAYMENTS FROM ESCROW  1708.00

          MONTHLY PAYMENT TO ESCROW    142.33 (1/12TH OF ABOVE TOTAL)

------- ANTICIPATED ESCROW ACTIVITY -    07/20 THROUGH    06/21--------
        -ANTICIPATED PAYMENTS-              -- ESCROW BALANCE COMPARISON --
MONTH   TO ESCROW   FROM ESCROW    DESCRIPTION     ANTICIPATED         REQUIRED
                    ACTUAL STARTING BALANCE          5849.41            1850.33
JUL 20   142.33       1708.00    HOMEOWNERS I ALP   4283.74   RLP        284.66
AUG 20   142.33                                     4426.07              426.99
SEP 20   142.33                                     4568.40              569.32
OCT 20   142.33                                     4710.73              711.65
NOV 20   142.33                                     4853.06              853.98
DEC 20   142.33                                     4995.39              996.31
JAN 21   142.33                                     5137.72             1138.64
FEB 21   142.33                                     5280.05             1280.97
MAR 21   142.33                                     5422.38             1423.30
APR 21   142.33                                     5564.71             1565.63
MAY 21   142.33                                     5707.04             1707.96
JUN 21   142.33                                     5849.37             1850.29

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS        0.00.

```
IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS          3999.08.

------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
            PRINCIPAL & INTEREST                          407.27 *
            ESCROW (1/12TH OF ANNUAL ANTICIPATED          142.33
                DISBURSEMENTS AS COMPUTED ABOVE)
            PLUS: OPTIONAL INSURANCE PREMIUMS               0.00
            PLUS: REPLACEMENT RESERVE OR FHA SVC CHG        0.00
            PLUS: SHORTAGE PAYMENT                          0.00
            MINUS: SURPLUS CREDIT                           0.00
            ROUNDING ADJUSTMENT                             0.00
            MINUS: BUYDOWN/ASSISTANCE PAYMENTS              0.00


BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 07/01/20      549.60
*   IF YOUR LOAN IS AN ADJUSTABLE RATE MORTGAGE, THE PRINCIPAL & INTEREST
    PORTION OF YOUR PAYMENT MAY CHANGE WITHIN THIS CYCLE IN ACCORDANCE WITH
    YOUR LOAN DOCUMENTS.
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS      284.66.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS       284.66.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
07/19       317.03      08/19       283.22      09/19       2832.20   *
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00       0.00                    00/00       0.00
00/00       0.00                    00/00       0.00
```

**Licensed as Servis One, Inc. dba BSI Financial Services.**

BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 17-23561-GLT |
| DAVID LEE JONES ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I certify that I served or caused to be served a copy of the foregoing Notice of Mortgage Payment Change upon each of the persons and parties in interest at the addresses shown below by <u>United States Mail, First Class, Postage Pre-Paid</u>:

David Lee Jones
43 Marilou Drive
Jeannette, PA 15644

David A. Colecchia, Esq.
324 South Maple Avenue
Greensburg, PA 15601-3219

Office of the United States Trustee
Suite 970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, Pennsylvania 15219

TUCKER ARENSBERG, P.C.

Dated: 6/8/20

/s/ *Jillian Nolan Snider*
Jillian Nolan Snider, Esquire
Pa. I.D. No. 202253
jsnider@tuckerlaw.com
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
(412) 566-1212
Attorney for U.S. Bank Trust National Association, as Trustee of Cabana Series III Trust